UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC E. BEASLEY,<br><br>    Plaintiff,<br><br>v.<br><br>ARAMARK UNIFORM AND CAREER APPAREL, INC., and JAY HESS, JR.,<br><br>    Defendants | Civil Action No. 05-cv-10496-NMG |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, Defendant ARAMARK Uniform & Career Apparel, Inc. states that it is a wholly-owned subsidiary of ARAMARK Uniform & Career Apparel Group, Inc., which in turn is a wholly-owned subsidiary of ARAMARK Corporation, a publicly-traded company.

                ARAMARK UNIFORM & CAREER
                APPAREL, INC.,
                Defendant,
                By its attorneys,

                /s/ Brian H. Lamkin
                Timothy P. Van Dyck (BBO No. 548347)
                Brian H. Lamkin (BBO No. 635688)
                EDWARDS & ANGELL, LLP
                101 Federal Street
                Boston, MA  02110
                (617) 439-4444
                (617) 439-4170 (fax)