UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC E. BEASLEY,<br><br>    Plaintiff,<br><br>v.<br><br>ARAMARK UNIFORM AND CAREER APPAREL, INC., and JAY HESS, JR.,<br><br>    Defendants | Civil Action No. 05-cv-10496-NMG |

**DEFENDANT ARAMARK UNIFORM & CAREER APPAREL, INC.'S
ASSENTED-TO MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Defendant ARAMARK Uniform & Career Apparel, Inc. ("ARAMARK"), by and through its undersigned attorneys and pursuant to Fed. R. Civ. P. 6(b), moves this Court to extend the time within which ARAMARK may respond to Plaintiff Eric Beasley's Complaint to April 7, 2005. In support of its motion, ARAMARK states:

1. ARAMARK was served with the Complaint and Summons on March 2, 2005. The Defendants removed the action to this Court on March 15, 2005. Therefore, ARAMARK's response to the Complaint is currently due by March 22, 2005.

2. The undersigned counsel accepted service on behalf of Defendant Jay Hess, Jr. on March 18, 2005. Defendant Hess's response to the Complaint is, therefore, due by April 7, 2005.

3. The undersigned counsel is in the process of gathering information necessary to respond to the Complaint, but requires additional time to do so.

4. Since Defendant Hess's response to the Complaint is due by April 7, ARAMARK requests an extension to that date to serve its response.

5. Counsel for Plaintiff has indicated that he assents to this motion.

WHEREFORE, ARAMARK respectfully requests that the Court extend the time within which ARAMARK may respond to the Complaint to April 7, 2005.

        ARAMARK UNIFORM & CAREER APPAREL, INC.,
Defendant,
By its attorneys,

/s/ Brian H. Lamkin
Timothy P. Van Dyck (BBO No. 548347)
Brian H. Lamkin (BBO No. 635688)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA  02110
(617) 439-4444
(617) 439-4170 (fax)

ASSENTED TO:

/s/ Kevin B. Callanan
Kevin B. Callanan (BBO No. 070620)
Law Office of Kevin B. Callanan
17 Accord Park Drive, Suite 101
Norwell, MA 02061
(781) 878-1604
(781) 878-3154