UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC E. BEASLEY,<br><br>    Plaintiff,<br><br>v.<br><br>ARAMARK UNIFORM AND CAREER APPAREL, INC., and JAY HESS, JR.,<br><br>    Defendants | Civil Action No. 05-cv-10496-NMG |

**JOINT STATEMENT OF THE PARTIES PURSUANT TO LOCAL RULE 16.1(D)**

Pursuant to Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, Plaintiff Eric E. Beasley and Defendants ARAMARK Uniform and Career Apparel, Inc. and Jay Hess, Jr. ("Defendants") hereby submit this Joint Statement in connection with the Scheduling Conference to be held on June 24, 2005:

    1.    Proposed Discovery Plan

The parties have agreed to the following discovery plan:

    a.    All factual discovery (excluding depositions of expert witnesses) shall be concluded on or before November 30, 2005.

    b.    No later than December 30, 2005, the Plaintiff will identify his trial experts, if any, pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure and disclose any corresponding expert reports pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure.

c. No later than January 31, 2006, the Defendants will identify all experts, if any, pursuant to Rule 26(a)(2)(A) of the Federal Rules of Civil Procedure and disclose corresponding expert reports, pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure.

d. Dispositive motions, pursuant to Rule 56 of the Federal Rules of Civil Procedure, shall be filed on or before January 31, 2006.

e. All expert discovery (including depositions of expert witnesses) shall be concluded on or before March 15, 2006.

2. <u>Certification</u>

Defendants' Local Rule 16.1(D)(3) certification is attached hereto as Exhibit A. Plaintiff will provide his certification at the time of the scheduling conference.

3. <u>Consideration of Trial by Magistrate Judge</u>

The parties do not consent to a trial by a Magistrate Judge.

| | |
|---|---|
| ERIC E. BEASLEY, | ARAMARK UNIFORM AND CAREER APPAREL, INC. AND JAY HESS, JR., |
| By his attorney, | By their attorneys, |
| /s/ Kevin B. Callanan | /s/ Brian H. Lamkin |
| Kevin B. Callanan (BBO# 070620)<br>17 Accord Park Drive<br>Suite 101<br>Norwell, MA 02061<br>(781) 878-1604<br>(781) 878-3154 (FAX) | Timothy P. Van Dyck (BBO# 548347)<br>Brian H. Lamkin (BBO# 635688)<br>EDWARDS & ANGELL, LLP<br>101 Federal Street<br>Boston, MA 02110<br>(617) 439-4444<br>(617) 439-4170 (FAX) |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC E. BEASLEY, <br><br> Plaintiff, <br><br> v. <br><br> ARAMARK UNIFORM AND CAREER APPAREL, INC., and JAY HESS, JR., <br><br> Defendants | Civil Action No. 05-cv-10496-NMG |

**DEFENDANT'S CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1**

Defendants ARAMARK Uniform and Career Apparel, Inc. and Jay Hess, Jr., and their attorneys, Edwards & Angell, LLP, hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of this litigation; and (b) have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| EDWARDS & ANGELL, LLP | ARAMARK UNIFORM AND CAREER APPAREL, INC. |
|---|---|
| /s/ Brian H. Lamkin | /s/ Steven Friedman |
| Timothy P. Van Dyck (BBO No. 548347) <br> Brian H. Lamkin (BBO No. 635688) <br> EDWARDS & ANGELL, LLP <br> 101 Federal Street <br> Boston, MA  02110 <br> (617) 439-4444 <br> (617) 439-4170 (FAX) | Steven Friedman, Assistant General Counsel |
| | /s/ Jay Hess, Jr. <br> JAY HESS, JR. |

BOS_488823.1/BLAMKIN