**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

ERIC E. BEASLEY,
      Plaintiff

v.                                    Civil Action No. 05-10496-NMG

ARAMARK UNIFORM AND
CAREER APPAREL, INC.,
and JAY HESS, JR.
      Defendants
_____/

**CERTIFICATION PURSUANT TO**
**LOCAL RULE 16.1(D) (3)**

      The plaintiff, Eric E. Beasley, and undersigned counsel hereby affirm that they have conferred:

      (a) with a view to establishing a budget for the costs of conducting the full course-- -- and various alternative courses-- -- of the litigation; and

      (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                                          Respectfully submitted,

                                          ERIC E. BEASLEY
                                          By his attorney,

_____                 _____
Eric E. Beasley                                   Kevin B. Callanan BBO #070620
                                          Law Office of Kevin B. Callanan
                                          17 Accord Park Drive, Suite 101
                                          Norwell, Massachusetts 02061
                                          781-878-1604

Dated: June __, 2005