UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC E. BEASLEY,<br><br>    Plaintiff,<br><br>v.<br><br>ARAMARK UNIFORM AND CAREER APPAREL, INC., and JAY HESS, JR.,<br><br>    Defendants | Civil Action No. 05-cv-10496-NMG |

**JOINT MOTION FOR CLARIFICATION OF SCHEDULING ORDER**

Plaintiff Eric E. Beasley ("Plaintiff") and Defendants ARAMARK Uniform and Career Apparel, Inc. and Jay Hess, Jr. ("Defendants") respectfully move the Court for an order clarifying its June 28, 2005 Scheduling Order. Specifically, the parties request clarification of the date for completion of all fact discovery, as follows:

    1.    On June 17, 2005, the parties submitted their Joint Statement of the Parties Pursuant to Local Rule 16.1(D) which, among other things, proposed a November 30, 2005 deadline for all fact discovery, and a March 15, 2006 deadline for all expert discovery.

    2.    At the June 24, 2005, scheduling conference, counsel for the parties understood the Court to have ordered that all fact discovery would be completed by November 30, 2005, and all expert discovery by March 15, 2006.

    3.    The Scheduling Order reflects a March 15, 2006, date for completion of expert depositions, but leaves a blank space next to the date for completion of fact depositions. Additionally, in item number 7, the Scheduling Order states that "discovery is to be completed by 3/15/06 unless shortened or enlarged."

4.	In order to ensure that the parties are operating with clear deadlines, they respectfully request that the Court clarify the Scheduling Order to indicate that all fact discovery is to be completed by November 30, 2005.

                                                                          Respectfully submitted,

| ERIC E. BEASLEY, | ARAMARK UNIFORM AND CAREER APPAREL, INC. AND JAY HESS, JR., |
|---|---|
| By his attorney, | By their attorneys, |
| /s/ Kevin B. Callanan | /s/ Brian H. Lamkin |
| Kevin B. Callanan (BBO# 070620) | Timothy P. Van Dyck (BBO# 548347) |
| 17 Accord Park Drive | Brian H. Lamkin (BBO# 635688) |
| Suite 101 | EDWARDS & ANGELL, LLP |
| Norwell, MA 02061 | 101 Federal Street |
| (781) 878-1604 | Boston, MA  02110 |
| (781) 878-3154 (FAX) | (617) 439-4444 |
|  | (617) 439-4170 (FAX) |