UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC E. BEASLEY,<br><br>    Plaintiff,<br><br>v.<br><br>ARAMARK UNIFORM AND CAREER APPAREL, INC., and JAY HESS, JR.,<br><br>    Defendants | Civil Action No. 05-CV-10496-NMG |

**DEFENDANTS' ASSENTED-TO MOTION TO UTILIZE GENERAL GRANT OF ACCESS TO CRIMINAL OFFENDER RECORD INFORMATION <u>TO ATTORNEYS OF RECORD</u>**

Pursuant to Mass. Gen. Laws ch. 6, § 172(c), the Massachusetts Criminal History Systems Board ("CHSB") has approved a general grant of access to Criminal Offender Record Information ("CORI") for attorneys of record in civil litigation who seek CORI for witness impeachment or trial strategy purposes. To use this grant of access, attorneys of record are required to seek the approval of the trial judge.

For the reasons set forth in the Defendants' supporting memorandum and the Affidavit of Brian H. Lamkin, submitted with this motion, the Defendants seek authorization from this Court to utilize the general grant of access to obtain the complete criminal record information on the Plaintiff, Eric E. Beasley.[1] Particularly given the nature of the allegations in this case, the Defendants believe that a review of the Plaintiff's CORI information is likely to lead to the

---

[1] The CHSB requests that the motion specify the date of birth of the individual for whom CORI information is sought. However, Local Rule 5.3(A)(3) requires that papers filed with the court contain only the year of an individual's birth, which in Mr. Beasley's case is 1970, rather than a complete birth date. Should the Court allow Defendants' motion, they will advise the CHSB of Mr. Beasley's birth date and social security number when requesting his criminal record, to ensure that the proper individual's records are released.

discovery of admissible evidence, and to yield information useful to impeach the Plaintiff and for trial strategy.

Counsel for Plaintiff has indicated his assent to this Motion.

WHEREFORE, the Defendants respectfully request that the Court issue an order permitting the Defendants to utilize the CHSB's general grant of access to attorneys of record to access the Plaintiff's criminal history. A proposed form of order is submitted with this motion.

      ARAMARK UNIFORM AND CAREER APPAREL, INC., and JAY HESS, JR.,
      Defendants,
      By their attorneys,

      /s/ Brian H. Lamkin
      Timothy P. Van Dyck (BBO No. 548347)
      Brian H. Lamkin (BBO No. 635688)
      EDWARDS & ANGELL, LLP
      101 Federal Street
      Boston, MA  02110
      (617) 439-4444
      (617) 439-4170 (fax)

## LOCAL RULE 7.1 CERTIFICATION

I certify that I conferred with counsel for the Plaintiff on October 12, 2005, in a good faith effort to resolve or narrow the issue presented by the above motion. Plaintiff's counsel has graciously assented to this Motion.

      /s/ Brian H. Lamkin
      Brian H. Lamkin (BBO No. 635688)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC E. BEASLEY,<br><br>    Plaintiff,<br><br>v.<br><br>ARAMARK UNIFORM AND CAREER APPAREL, INC., and JAY HESS, JR.,<br><br>    Defendants | Civil Action No. 05-CV-10496-NMG |

### ORDER

The Court having read and considered Defendants' Motion to Utilize General Grant of Access to Criminal Offender Record Information to Attorneys of Record, and any opposition thereto, and for good cause shown, it is hereby **ORDERED** this ___ day of _____, 2005:

    1.    That said motion be, and the same hereby is, **ALLOWED**; and

    2.    That Defendants' counsel of record, Timothy P. Van Dyck and Brian H. Lamkin, are authorized to utilize the general grant of access to Criminal Offender Record Information ("CORI") for Attorneys of Record granted by the Massachusetts Criminal History Systems Board to obtain the complete CORI for Eric E. Beasley, the Plaintiff in the above-captioned action, for witness impeachment and trial strategy purposes.

**SO ORDERED.**

                                                                                   _____
                                                                                    Nathaniel M. Gorton
                                                                                    United States District Judge