UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC E. BEASLEY,<br><br>　　　Plaintiff,<br><br>v.<br><br>ARAMARK UNIFORM AND CAREER APPAREL, INC., and JAY HESS, JR.,<br><br>　　　Defendants | Civil Action No. 05-CV-10496-NMG |

## AFFIDAVIT OF BRIAN H. LAMKIN

I, Brian H. Lamkin on oath depose and state as follows:

1.　　I am over 18 years of age, am competent to testify, and have personal knowledge of the facts set forth herein.

2.　　I am Counsel in the law firm of Edwards & Angell, LLP, 101 Federal Street, Boston, Massachusetts 02110, which represents the Defendants in the above-captioned action.

3.　　On behalf of the Defendants, I have filed with the Court Defendants' Motion to Utilize General Grant of Access to Criminal Offender Record Information to Attorneys of Record. I will use the CORI information sought in this motion solely for witness impeachment or trial strategy purposes related to the above-captioned action, and will not disclose such information except as authorized under M.G.L. c. 6, § 167 et seq., or 803 CMR 2.00 et seq.

**I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON SEPTEMBER 21, 2005.**

　　　　　　　　　　　　　　　　　　　　/s/ Brian H. Lamkin
　　　　　　　　　　　　　　　　　　　　Brian H. Lamkin

BOS_504547.1/BLAMKIN