UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERIC E. BEASLEY,

    Plaintiff,

v.

ARAMARK UNIFORM AND CAREER
APPAREL, INC., and JAY HESS, JR.,

    Defendants

Civil Action No. 05-cv-10496-NMG

## JOINT MOTION TO MODIFY SCHEDULING ORDER

    Plaintiff Eric E. Beasley ("Plaintiff") and Defendants ARAMARK Uniform and Career Apparel, Inc. and Jay Hess, Jr. ("Defendants") respectfully request that the Court modify its June 28, 2005 Scheduling Order by extending all dates except the pretrial conference and trial date by 30 days.  In support of their motion, the parties state as follows:

    1.    The parties have been pursuing discovery diligently.  Plaintiff has provided responses to Defendants' written discovery requests, Defendants have taken Plaintiff's deposition, and Defendants are in the process of preparing responses to Plaintiff's written discovery requests.  However, scheduling difficulties have made it unlikely that the parties will complete all fact discovery by November 30, 2005, as the current Scheduling Order contemplates.  In addition, the parties are still collecting documents that are responsive to each others' requests.

    2.    The parties are attempting to schedule several additional depositions, including one of Defendant Hess, who lives in Pennsylvania.  The parties expect that these depositions can be scheduled in December, but do not believe they can be scheduled by the end of November.

3. The parties believe that they can complete fact (non-expert) discovery by December 30. That would require an extension of all deadlines by 30 days, including deadlines for expert disclosure and discovery and summary judgment, as well as the current deadline for submission of a statement as to the status of mediation.

4. The parties do not, however, believe that it will be necessary to reschedule the pretrial conference or the current trial date.

WHEREFORE, the parties respectfully request that the Court extend the deadlines under the current Scheduling Order by 30 days, with the exception of the pretrial conference and trial. The parties also respectfully request that the Court extend the deadline for submission of a mediation status report to January 16, 2006, from the current deadline of December 15.

Respectfully submitted,

| | |
|---|---|
| ERIC E. BEASLEY, | ARAMARK UNIFORM AND CAREER APPAREL, INC. AND JAY HESS, JR., |
| By his attorney, | By their attorneys, |
| /s/ Kevin B. Callanan | /s/ Brian H. Lamkin |
| Kevin B. Callanan (BBO# 070620) | Timothy P. Van Dyck (BBO# 548347) |
| 17 Accord Park Drive | Brian H. Lamkin (BBO# 635688) |
| Suite 101 | EDWARDS ANGELL PALMER & DODGE LLP |
| Norwell, MA 02061 | 101 Federal Street |
| (781) 878-1604 | Boston, MA 02110 |
| (781) 878-3154 (FAX) | (617) 439-4444 |
| | (617) 439-4170 (FAX) |