UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC E. BEASLEY,<br><br>    Plaintiff,<br><br>v.<br><br>ARAMARK UNIFORM AND CAREER APPAREL, INC., and JAY HESS, JR.,<br><br>    Defendants | Civil Action No. 05-CV-10496-NMG |

## ORDER

The Court having read and considered Defendants' Motion to Utilize General Grant of Access to Criminal Offender Record Information to Attorneys of Record, and any opposition thereto, and for good cause shown, it is hereby **ORDERED** this 17th day of Nov., 2005:

1. That said motion be, and the same hereby is, **ALLOWED**; and

2. That Defendants' counsel of record, Timothy P. Van Dyck and Brian H. Lamkin, are authorized to utilize the general grant of access to Criminal Offender Record Information ("CORI") for Attorneys of Record granted by the Massachusetts Criminal History Systems Board to obtain the complete CORI for Eric E. Beasley, the Plaintiff in the above-captioned action, for witness impeachment and trial strategy purposes.

**SO ORDERED.**

_/s/ Nathaniel M. Gorton_
Nathaniel M. Gorton
United States District Judge

BOS_504557.1/BLAMKIN