**EDWARDS ANGELL PALMER & DODGE LLP**

111 Huntington Avenue  Boston, MA 02199  617.239.0100  *fax* 617.227.4420  eapdlaw.com

Brian H. Lamkin
617.951.2261
*fax*  888.325.9142
blamkin@eapdlaw.com

January 16, 2006

*Via Electronic Filing*

The Honorable Nathaniel M. Gorton
United States District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re:   Beasley v. ARAMARK Uniform and Career Apparel, Inc., et. al.,
      Docket No. 05-10496 NMG

Dear Judge Gorton:

Your Honor asked the parties in the above-referenced matter to submit a status report concerning the possibility of mediation. After due consideration and discussion, the parties report that they are not interested in mediation at this time.

Should Your Honor desire any additional information, counsel would, of course, be happy to supply it.

Very truly yours,

/s/ Brian H. Lamkin

Brian H. Lamkin

cc:   Kevin B. Callanan, Esq. (via email)
      Timothy P. Van Dyck, Esq. (via email)

BLAMKIN