UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC E. BEASLEY,<br><br>    Plaintiff,<br><br>v.<br><br>ARAMARK UNIFORM AND CAREER APPAREL, INC., and JAY HESS, JR.,<br><br>    Defendants | Civil Action No. 05-CV-10496-NMG |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Brian H. Lamkin and Timothy P. Van Dyck, counsel to Defendants Aramark Uniform and Career Apparel, Inc. and Jay Hess, Jr., have changed their address. Please cause all notices, pleadings and correspondence in this matter to be sent to the address below:

>	Timothy P. Van Dyck, Esq.
>	Brian H. Lamkin, Esq.
>	EDWARDS ANGELL PALMER & DODGE LLP
>	111 Huntington Avenue
>	Boston, Massachusetts  02199-7613
>	617-239-0100

>	ARAMARK UNIFORM AND CAREER
>	APPAREL, INC. and JAY HESS, JR.
>	By their attorneys,

Dated:  January 18, 2006        /s/ Brian H. Lamkin
                                Timothy P. Van Dyck (BBO No. 548347)
                                Brian H. Lamkin (BBO No. 635688)
                                EDWARDS ANGELL PALMER & DODGE LLP
                                111 Huntington Avenue
                                Boston, Massachusetts 02199
                                Ph:  617·239·0100
                                Fx:  617·227·4420