UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC E. BEASLEY,<br><br>    Plaintiff,<br><br>v.<br><br>ARAMARK UNIFORM AND CAREER APPAREL, INC., and JAY HESS, JR.,<br><br>    Defendants | Civil Action No. 05-CV-10496-NMG |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants ARAMARK Uniform and Career Apparel, Inc. and Jay Hess, Jr., by their attorneys and pursuant to Fed. R. Civ. P. 56, move for summary judgment on all claims against them by Plaintiff Eric E. Beasley ("Beasley").  Mr. Beasley alleges that the Defendants discriminated against him on the basis of his race when he was discharged from employment for using and selling illegal drugs at work.

Mr. Beasley's evidence is insufficient, as a matter of law, to support his claims.  It is undisputed that WearGuard (the ARAMARK division that employed Mr. Beasley) conducted an extensive investigation of illegal activities at its Norwell, Massachusetts facility, involving an undercover operative, a private investigator, and the local police; that the investigation revealed numerous witnesses who identified Mr. Beasley as a drug user or dealer; that WearGuard suspended and then terminated a large group of employees as a result of the investigation, only two of whom (including Mr. Beasley) were African-American; and that WearGuard did not replace Mr. Beasley with anyone else after he was terminated.

Against this copious evidence, Mr. Beasley sets a handful of supposedly discriminatory comments – none of which mentions Mr. Beasley's race – that two individuals allegedly made to him in two meetings leading up to his suspension. The Defendants deny that these statements were made, but even if a fact finder were to conclude they were made (as must be assumed for purposes of this Motion for Summary Judgment, as they are the subject of a factual dispute), they fall far short of the evidence needed to prove discriminatory animus on the part of the Defendants.

Additionally, the undisputed facts are insufficient to impose any personal liability on Jay Hess under M.G.L. c. 151B. Mr. Beasley has attributed to Mr. Hess only one comment that even remotely could be construed as racially motivated (a comment that Mr. Hess denies making), and it is undisputed that Mr. Hess was not Mr. Beasley's supervisor and had no role in deciding whether to suspend or terminate him.

In further support of their Motion, Defendants incorporate their Statement of Undisputed Facts, Memorandum of Law, and the Affidavits of Jay M. Hess, Jr., Barbara Casagrande, and Richard A. Sjoberg, submitted with this Motion.

WHEREFORE, Defendants respectfully request that the Court grant their Motion for Summary Judgment; enter judgment in their favor; award them the costs of this action; and enter such other relief as the Court deems proper.

        ARAMARK UNIFORM AND CAREER
        APPAREL, INC., and JAY HESS, JR.,
        By their attorneys,

        /s/ Brian H. Lamkin
        Timothy P. Van Dyck (BBO No. 548347)
        Brian H. Lamkin (BBO No. 635688)
        EDWARDS ANGELL PALMER & DODGE LLP
        111 Huntington Avenue
        Boston, MA  02199
        (617) 239-0100
        (617) 227-4420 (fax)

### REQUEST FOR ORAL ARGUMENT

Defendants respectfully request that the Court schedule oral argument on their Motion for Summary Judgment.

        /s/ Brian H. Lamkin
        Brian H. Lamkin (BBO No. 635688)

### LOCAL RULE 7.1 CERTIFICATION

I certify that on February 26 and 27, 2006, counsel for Plaintiff and I exchanged emails in a good faith effort to resolve or narrow the issues presented by the above Motion.  We were unable to do so.

        /s/ Brian H. Lamkin
        Brian H. Lamkin (BBO No. 635688)

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 2, 2006, and that there are no non-registered participants.

        /s/ Brian H. Lamkin
        Brian H. Lamkin (BBO No. 635688)