UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERIC E. BEASLEY,

     Plaintiff,

v.

ARAMARK UNIFORM AND CAREER
APPAREL, INC., and JAY HESS, JR.,

     Defendants

Civil Action No. 05-CV-10496-NMG

## **AFFIDAVIT OF JAY M. HESS, JR.**

I, Jay M. Hess, Jr., on oath depose and state as follows:

1.     I am over 18 years of age, am competent to testify, and have personal knowledge of the facts set forth in this Affidavit.

2.     Since July 2002, I have been employed by ARAMARK Corporation ("ARAMARK") as the Manager of Corporate Security.  In that position, I am responsible for overseeing corporate security functions for all ARAMARK companies and divisions, including but not limited to ARAMARK Uniform and Career Apparel, Inc. and the WearGuard division. My responsibilities include, among many others, coordinating internal and external investigations of possible illegal activities in the workplace, such as theft of company property and illegal drug activity.

3.     Before joining ARAMARK, I was a police officer and detective for 24 years with the East Whiteland Township, Pennsylvania police department, and for four years before that I was a police officer in Malvern Borough, Pennsylvania.

4.     In August 2003, I received a call from John Cummings, the General Manager of Facilities and Security for the WearGuard facility in Norwell, Massachusetts.  Mr. Cummings told me he had received reports of extensive illegal drug activity among employees at the facility, and wanted my advice on options and strategies for investigating the matter further.

5.     On August 21, 2003, I traveled to Norwell and met with Mr. Cummings and Kathy Gillis, a Human Resources Manager.  We discussed the options available for addressing the apparent drug problem, and concluded that the best course of action would be to place an undercover operative on site to observe and report on any suspicious activity.

6.     During the course of the August 21 meeting, Mr. Cummings mentioned two names that had come up repeatedly in connection with rumors about drugs at WearGuard.  I have forgotten one of the names, which was connected with drug use, but I do remember Eric Beasley's name was mentioned in connection with possible drug dealing.

7.     Shortly thereafter, I recommended that WearGuard use an undercover operative named Nechanta Alexander, with the firm of Corporate Risk Solutions ("CRS") in Atlanta, Georgia.  I had worked with CRS on several other investigations for ARAMARK, and specifically had worked with Ms. Alexander, whom I found to be a careful and accurate reporter of everything she observed on an assignment.

8.     Ms. Alexander began her undercover operation on September 9, 2003, posing as a new member of the cleaning crew.  Ms. Alexander continued in this capacity until November 5, 2003, when the undercover operation ended.

9.     WearGuard paid Ms. Alexander a regular cleaner's salary.  In addition, WearGuard paid fees and expenses to CRS for Ms. Alexander's services.  In total, WearGuard paid approximately $13,000 to conduct this undercover operation.

10.    On a regular basis throughout her assignment, Ms. Alexander, in conjunction with the CRS office in Atlanta, prepared detailed reports, by date and time, of her observations.  CRS forwarded the completed email reports to me.  I reviewed each report, then forwarded it on to Mr. Cummings for his review.

11.    In a number of places, Ms. Alexander's reports make reference to an African-American employee named "Eric."  True and accurate copies of the entries referring to "Eric" are attached hereto as Exhibit A.

12.    On November 4, 2003, CRS forwarded to me an "Undercover Operation Recap," summarizing the operative's findings with respect to illegal activity at WearGuard.  A true and accurate copy of the recap is attached hereto as Exhibit B.  On the first page of the recap, Eric Beasley is identified, by first and last name, as someone whom the operative observed having substantial interactions with Carlos Ortiz.

13.    During the course of her assignment, Ms. Alexander observed evidence of both drug use and theft of company property.  As a result of her findings, Mr. Cummings and I, in conjunction with the Norwell Police Department, implemented a "sting" operation in an attempt to catch employees stealing company property.  Specifically, on the evening of November 5, 2003, we loaded a Ryder truck (which WearGuard typically uses for deliveries) with WearGuard merchandise, left it unlocked in the WearGuard parking lot, and set up observation points with myself, Mr. Cummings, and the police.  Over the course of several hours, three different groups of employees came to the truck, removed merchandise, and brought the merchandise either to their cars or back with them into the building.  The police arrested these employees later that evening.

BOS_514764_3/BLAMKIN

14.     At approximately 9:00 p.m. that evening, Mr. Cummings informed me that Eric

Beasley (who had not been observed taking merchandise from the truck) was very nervous and

was getting ready to leave the building.  As a result, Mr. Cummings requested that I interview

Mr. Beasley that evening.

15.     I met with Mr. Beasley that evening for approximately 10 or 15 minutes.  I told

Mr. Beasley that his name had been associated with drug activity at WearGuard, and asked him

whether that was true.  He denied any involvement with drugs.  I asked Mr. Beasley whether he

would be willing to talk with the police, as they were on site because of the sting operation.  Mr.

Beasley refused to speak with the police.  I then asked Mr. Beasley whether he would allow the

police to search his car.  He told me that his car was in the shop.  I told him I was referring to

whatever car he used to get to work that day, and he replied that the police could not search

anything of his unless they had a warrant.  At that point, I gave Mr. Beasley my business card

asked him to call me if he had any information about drug activity at Wearguard that he would

be willing to share with me.  The meeting ended at that point.

16.     I understand Mr. Beasley claims that I told him, "Come on, your kind loves to do

drugs," and "you may as well resign before we get you, because we will get you."  These claims

are untrue.  I never made those statements or any statements remotely like them.  I did not

impugn or comment on Mr. Beasley's race in any way.

17.     Later that evening, I went to the Norwell police station to meet with the police

chief about the sting.  One of the officers told me that one of the arrested employees, Carlos

Ortiz, had asked to meet with a company representative.  I then met with Mr. Ortiz, who told me

that he wanted to cooperate in the investigation.  Among other things, Mr. Ortiz told me that he

had purchased marijuana from "Eric" on a number of occasions.  I asked Mr. Ortiz to tell me

BOS_514764_3/BLAMKIN

"Eric's" last name, and he said "Beasley." At my request, Mr. Ortiz agreed to and did prepare a written statement, which he and I both signed. A true and accurate copy of Mr. Ortiz's statement is attached hereto as Exhibit C.

18.     Either later that evening or the following morning, I gave Mr. Ortiz's statement to Mr. Cummings. Mr. Cummings and I discussed Mr. Ortiz's statement, as well as my meeting with Mr. Beasley.

19.     I understand that a number of employees, including Mr. Beasley, were suspended after the sting operation. I had no involvement in deciding which employees, if any, to suspend. I was not asked for nor did I offer my opinion on any suspensions.

20.     I also understand that, after the sting operation, WearGuard engaged the services of a private investigator, Richard Sjoberg, to interview the suspended employees and others as he deemed necessary.

21.     Between November 6, 2003, and November 17, 2003, I participated by phone in at least one and possibly two meetings at which Mr. Sjoberg updated Mr. Cummings, Ms. Gillis, and Susan Magrini (the Vice President of Human Resources) about his interviews. I was on these calls because of my role in setting up the sting operation, and to address any questions that might arise about security practices going forward. I was not asked for, nor did I provide, any opinion on which employees should be fired and which should not.

22.     I had no role in deciding which employees should be fired and which should not. I had no authority to fire any employees, nor did I make any recommendations in this case.

**I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON FEBRUARY 27, 2006.**

/s/ Jay M. Hess, Jr.

Jay M. Hess, Jr.

BOS_514764_3/BLAMKIN

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 2, 2006, and that there are no non-registered participants.

/s/ Brian H. Lamkin
Brian H. Lamkin (BBO No. 635688)

BOS_514764_3/BLAMKIN

# EXHIBIT A

4:55 PM          The Operative observes an unidentified black male employee wandering around the first floor. The Operative pretends to be lost and approaches the employee. The employee informs the Operative that his name is Eric and he points her toward the stairs. Before she can begin a conversation with Eric, she is interrupted by Mike who has several other jobs for her to complete. Mike assigns the Operative several tasks to complete during the remainder of the shift and then states that he is leaving for the day.

8:02 PM          Carlos approaches the Operative and asks to "...join me and my boys for lunch." During the lunch break, the Operative is sitting with Carlos when an unidentified white male approaches them. Carlos asks the white male "...you got my cigar?" The white males responds, "Yeah...you have something to put it in?" Carlos then looks at the Operative and asks "...You blaze (a slang term for smoking marijuana)?" The Operative does not answer Carlos, but makes a facial expression to let him know that she is interested. Carlos states "...that's ok...you can take the 5TH...we won't tell anybody on you." The Operative then walks through the parking lot with Carlos to a vehicle (Audi – MA Tag# 885 770). At this time, an black male approaches the vehicle and is introduced by Carlos as "John." John invites the Operative to a party at his residence this weekend. Carlos tells John, "I have some fire...want some?" "Fire" is a slang term for marijuana. The Operative and Carlos walk over to another vehicle, a white Chevrolet Corsica (MA Tag# 87F 957) with the unidentified white male, and John. John and Carlos begin to smoke a cigar that appears to be marijuana. Carlos offers the cigar to the Operative. The Operative declines stating "...I have not had my drug test yet." Carlos tells the Operative that when she is ready to let him know. Carlos continues a conversation with the Operative stating, "On Thursdays I make mad money...whatever amount you want I have it ready to sell. I can sell a pound for $1500." The Operative attempts to make small talk with Carlos and mentions Eric stating, "...I met him earlier today." Carlos tells the Operative "...Yeah, Eric is real cool. He is a supervisor. He has a really nice bike." As they are returning from their lunch break Carlos asks the Operative for her phone number.

8:35 PM          The Operative returns to the warehouse to resume the assigned cleaning tasks. She has a brief conversation with Jason, a Security Department employee. Jason tells the Operative that he was not required to go through a background check because of his Army clearance. Jason informs the Operative that he just started working in the warehouse two days ago.

9:00 PM          The shift ends and the Operative departs the warehouse for the evening. The assignment is concluded for the day.

**CONFIDENTIAL**

**ARA 0151**

FRIDAY
SEPTEMBER 12, 2003   (Conducted by Operative 1543)

| | |
|---|---|
| 2:45 PM | The Operative reports to the warehouse to begin the shift. She signs in at the Security desk and checks out key set #8. Mike approaches the Operative and informs her that one of the cleaners has called in sick and she will be cleaning the entire downstairs area alone today. |
| 2:55 PM | The Operative begins her assigned cleaning tasks of changing trash liners, mopping the floors, cleaning windows and dusting. |
| 3:30 PM | The Operative does not observe Carlos working in his usual area of the warehouse. Mike tells the Operative that some employees are not working today, however will be working tomorrow. |
| 5:00 PM | The Operative takes a short break and sits near Jason at the Security desk. Jason tells the Operative that he looks forward to them becoming friends. Jason then comments, "…You look tired. If you 'hang' with me I can make your job a lot easier."   Victor approaches her and tells her that on Fridays all cleaning employees should leave by 11:00pm. |
| 5:15 PM | The Operative resumes her assigned cleaning tasks. |
| 8:00 PM | The Operative takes a 30 minute lunch break. During this time the Operative observes Eric and approaches him to begin a conversation. The Operative notices that Eric appears to be in a hurry and does not seem very interested in speaking with her. |
| 10:45 PM | The Operative takes a short break near Jason at the Security desk. Jason asks "…will you cover the desk for me for a few minutes?" The Operative notes that Jason is gone for approximately five minutes. |
| 11:15 PM | The Operative returns to the Security desk to have a conversation with Jason.  The Operative observes Eric exit the warehouse, walking past the Security desk with a large, full bag. The Operative jokes with Jason by commenting, "…don't you check any bags?"  Jason responds by telling the Operative that "…Bill told me it's ok for them to leave with bags. Bill also told me that several 'Sting' operations are going on right now to catch some of the employees doing drugs. I, myself, have caught several employees having sex in the locker room by watching them on camera." Jason continues to tell the Operative "…this place has to stay clean because it is the president's favorite building." The Operative notes that she believes Jason is "showing off" with no basis for this information being that he is a very new employee. |

**CONFIDENTIAL**

ARA 0153

MONDAY
SEPTEMBER 15, 2003  (Conducted by Operative 1543)

2:30 PM       The Operative arrives at the warehouse and meets with the shift
              supervisor, Mike to review a list of tasks, which must be completed during
              the shift. The majority of the duties assigned are in the downstairs area.

2:40 PM       The Operative begins to empty trash liners, clean windows and dust.

4:07 PM       Carlos asks the Operative, "…What happened to you this weekend? Why
              didn't you come to the party at John's place?" The Operative responds
              "…I didn't see you at work on Friday and I was not sure if the party was
              still on or if the plans had changed." Carlos then asks the Operative
              "…What's up with what we talked about the other day?" The Operative
              notes that Carlos is referring to a drug purchase of marijuana.  The
              Operative tells him that she is not ready to make a purchase yet. Carlos
              seems frustrated by this and begins to complain that he is suspicious of
              everyone right now. He asks the Operative, "Why do you drive that
              van…you got surveillance equipment in there?" The Operative responds
              by laughing and telling Carlos that he can look in the van if he wants to.
              Carlos says that everyone knows that vans are "Five-0." The Operative
              then returns to performing the cleaning tasks assigned to her.

4:15 PM       Mike approaches the Operative and states, "…Stay clear of the
              employees…if the don't meet their numbers you will get blamed for it."

7:05 PM       The Operative observes Eric and Carlos having a conversation in the
              parking area.

7:17 PM       Carlos requests that the Operative come to his work area to have a
              conversation. He states, "You understand I am just paranoid right now,
              right? A lot of shit has been going on around here and I don't want any
              problems."  The Operative responds affirmatively but seemingly
              uninterested.

8:00 PM       The Operative continues cleaning the downstairs areas of the warehouse
              over the next several hours and purposely stays away from the Art
              Department where Carlos and Eric work.

11:40 PM      The shift ends and the Operative departs the warehouse for the evening.
              The assignment is concluded for the evening.

**CONFIDENTIAL**

ARA 0156

TUESDAY
SEPTEMBER 16, 2003   (Conducted by Operative 1543)

2:40 PM          The Operative arrives at the warehouse and receives a list of duties from
                 Mike. Mike informs the Operative that one of the cleaners has called out
                 sick today.

2:50 PM          The Operative begins to empty trash liners, clean windows and dust.

3:45 PM          She passes by the Custom Embroidery area and observes Carlos. The
                 Operative does not approach him, however, notices that he is observing
                 her work.

6:00 PM          The Operative takes a meal break and walks to her van approximately
                 three minutes before Carlos and Eric exit the warehouse. The Operative
                 observes them have a brief conversation. The Operative believes that
                 Carlos and Eric have a relationship that exists outside of work. Carlos then
                 begins to walk around the parking area to several vehicles. The Operative
                 observes that Carlos is exchanging items with several of the occupants in
                 the vehicles; however, the Operative cannot determine the contents.

6:25 PM          Carlos re-enters the warehouse. The Operative exits the van and also re-
                 enters the warehouse to resume the assigned cleaning duties.

6:40 PM          The Operative notices that the area where Carlos works is segmented in
                 sections which are assigned numbers. The employee named John, who the
                 Operative interacted with the previous week, works in section T22. The
                 unidentified young male who the Operative observed smoking what
                 appeared to be marijuana with Carlos last week, works in section BAR16.

7:15 PM          The Operative notices that Eric is watching her from a distance as she is
                 cleaning. Eric then waves to her and states "Don't work too hard."

7:35 PM          Eric and Carlos have a conversation in the parking area.

8:00 PM          Several white males approach Carlos in his work area. The Operative then
                 observes Carlos walk outside to the parking area with them. Carlos
                 remains outside for approximately three minutes then returns to his area.
                 Carlos took a meal break at 7:00pm and the white male employees that
                 approached him are just beginning their meal break at 8:00pm.

10:00 PM         The Operative takes a break and goes to her vehicle. The Operative lights
                 a cigar in hopes that Carlos and other employees will notice. The
                 Operative reports that Carlos, John and several other employees exit the
                 warehouse for break and observe the Operative smoking in her vehicle.

**CONFIDENTIAL**                    **ARA 0157**

| | |
|---|---|
| 10:15 PM | Carlos and John re-enter the warehouse. The Operative remains outside and observes Eric exit the warehouse within two minutes. Eric walks to the back of the building to his vehicle. |
| 10:35 PM | Eric re-enters the warehouse and resumes working. |
| 10:40 PM | The Operative returns to the warehouse and dry mops the floors for the remainder of the shift. |
| 11:30 PM | The shift ends and the Operative departs the warehouse. As she exits the building, the Operative has an opportunity to meet Bill at the Security desk. The Operative notes that Bill appears very organized in the closing procedures for the warehouse. The assignment is concluded for the evening. |

WEDNESDAY
SEPTEMBER 17, 2003  (Conducted by Operative 1543)

| | |
|---|---|
| 2:50 PM | The Operative reports to the warehouse and begins to dry mop, empty trash liners and dust. |
| 4:35 PM | Jason, the Security Officer, approaches the Operative and states, "Mike has been looking for you for about an hour." The Operative notes that Jason is trying to be intimidating. Jason then states, "...you need to stay close to Mike and do what he tells you if you want to keep your job." Jason then tells the Operative, "I was asked to log your break times." Jason refuses to tell the Operative who requested that he record her breaks. Before the Operative walks away, Jason states, "...I'm watching you." |
| 4:45 PM | The Operative has a conversation with Jerry (Housekeeping Manager). Jerry tells the Operative that Mike has gone home for the day and instructs her to continue cleaning the downstairs area. Jerry then asks the Operative, "Is everything going ok with the job? Do you like it?" The Operative responds affirmatively." |
| 6:00 PM | The Operative takes a break and goes to her vehicle. Within a few minutes Carlos walks by her vehicle and waves. Carlos then asks the Operative for "a light" and comments "...you look tired." Carlos then inquires "Why you not talking to me as much anymore?" The Operative responds that she has been very busy during the last few shifts. The Operative believes that putting some distance between herself and Carlos will make him less suspicious of her. |
| 6:15 PM | They re-enter the warehouse and resume working. |

**CONFIDENTIAL**

ARA 0158

| 7:55 PM | The Operative exits the back door of the warehouse and walks to her vehicle. She observes a male and a female kissing on the side of the warehouse building. The Operative cannot determine at this time if both are employees. The Operative then observes Carlos exit the building and approach an unidentified white male employee. The Operative observes them exchange items from hand to hand. The Operative cannot determine what is exchanged. Carlos then approaches the Operative's vehicle and asks for a cigar. Carlos comments to the Operative, "...I want to see if you are on the payroll, let me see your pay stub." The Operative responds "What?!" Carlos then smiles and walks away. The Operative observes Carlos get into a white Acura (MA Tag 26V 604) with John and drive off the property. The Operative notes that John is driving the vehicle. |
|---|---|
| 8:20 PM | The Operative observes a white male employee exit a black SUV with a beer bottle in his hand. The employee places the beer bottle in a brown paper bag and puts it inside the vehicle. |
| 8:35 PM | The Operative observes Carlos and John return to the warehouse. Carlos has a brief conversation with Eric before re-entering the building. |
| 8:45 PM | The Operative returns to the warehouse and is approached by Jason who asks, "What time did you leave the building?" The Operative ignores Jason and resumes working. The Operative notes that several female employees are standing near Jason and the Operative suspects that he is trying to boast. |
| 10:00 PM | The Operative takes a break and exits through the rear door attempting to avoid Jason. Carlos is outside smoking a cigarette. |
| 10:20 PM | The unidentified white male employee, who has been observed several times on break with Carlos, approaches the Operative. They converse for approximately ten minutes. |
| 11:35 PM | The shift ends and the Operative departs the warehouse. She overhears two female employees discussing Jason as they are exiting the warehouse. One of the females comments, "...Jason likes to show off...all he talks about is sex and female body parts." The assignment is concluded for the evening. |

THURSDAY
SEPTEMBER 18, 2003  (Conducted by Operative 1543)

| 2:30 PM | The Operative arrives at the warehouse and enters the Uniform store to purchase several shirts. She receives the employee discount. |
|---|---|

**CONFIDENTIAL**

supervisor in that area not to disturb the employees. Mike then states "Well you should have just told them to move." At this time the supervisor for the Taylor area, Thomas, walks over and states "Thomas, She is correct, I asked her to skip over that and not disturb my workers. I told her she may come back today to finish." Mike appears very perturbed and walks the Operative over to another area in the warehouse. Mike tells the Operative that this area does not look like it has been dusted. The Operative reports that the supervisor for this area walks over and comments "I saw her dusting in here yesterday." The Operative notes that Mike is now very angry and he walks away from the Operative.

4:07 PM    The Operative observes Carlos and Eric in a corner of the Art area having a heated discussion. Both Carlos and Eric are yelling at each other. The Operative attempts to listen to the argument; however Mike walks up behind the Operative and yells "What are you doing?!" which brings attention to the both of them. The Operative reports that Carlos and Eric look over at them and then return to working. Mike then tells the Operative he wants her to clean in a different area.

7:30 PM    The Operative walks to the Security desk to obtain a delivery package. Jason states "So...Mike talked to you about your cleaning? He told me to make sure that I keep an eye on you at all times on the camera and to log down any times that I can't see you. He told me that he is not sure if he is going to keep you around or not."
The Operative takes the delivery package and leaves the area.

8:00 PM    The Operative resumes cleaning in the Taylor area. The supervisor, Thomas advises the Operative that she can ask the employees to move over to areas that have been dusted. The Operative notes that several employees begin to complain to Thomas about the dust in the air. Thomas then asks the Operative to return on Wednesday to complete the cleaning.

11:00 PM    The Operative is approached by George who asks "Do you have anything for me?" The Operative responds "Not yet". George instructs the Operative "When you get something, leave it under the stairs on the office side of the building." The Operative notes that if you are facing the Security desk and walk down the hall to the left there is a set of stairs on the first right that George is referring to.

11:30 PM    The shift ends and the Operative departs the warehouse. The assignment is completed for the evening.

**CONFIDENTIAL**

ARA 0166

MONDAY
SEPTEMBER 29, 2003  (Conducted by Operative 1543)

2:55 PM    The Operative arrives at the building and walks to the locker area to retrieve her ID badge hidden Friday by George.

3:30 PM    The Operative walks past the Security desk and overhears Jason speaking on the phone in Spanish. The Operative approaches the desk and request a different key from Jason.

5:05 PM    The Operative walks back to the Security desk area near Jason and pretends to be having a conversation on her cell phone. The Operative speaks into her phone for a few minutes; Jason approaches the Operative and asks if she was talking about purchasing "weed" on the phone.  The Operative says "Yeah, buy you can't tell anyone." Jason then confides to the Operative that he has a female friend (who is a third grade teacher) who can "get you what you need."  The Operative asks "How much?" Jason responds " I will have to get with you later about the price. I will bring it to work with me."  The Operative then resumes the assigned cleaning duties.

5:47 PM    The Operative asks Carlos if she can borrow his lighter while she goes on break. The Operative notes that Carlos is in a good mood and speaks nicely to the Operative.

6:00 PM    Carlos approaches her vehicle to retrieve his lighter. Carlos tells the Operative that he only has a few minutes for break because he is very busy.

6:30 PM    The Operative re-enters the building and resumes the assigned cleaning duties.

7:30 PM    The Operative walks past the Security desk and Jason comments, "I don't have a price yet. I should know something by 10:00pm."

9:47 PM    The Operative walks past the Embroidery area and observes Carlos and Eric having a conversation. The Operative is not able to overhear the content of the conversation.

10:15 PM    The Operative walks past the Security desk and Jason asks, " Can you pay upfront?" The Operative responds "Hell no! You bring it in and I want to weigh it." Jason laughs and then responds, "Damn…you know your shit."

11:30 PM    The shift ends and the Operative departs the building. The assignment is concluded for the evening.

CONFIDENTIAL                    ARA 0174

TUESDAY
SEPTEMBER 30, 2003   (Conducted by Operative 1543)

2:55 PM    The Operative enters the building to begin the shift and approaches the Security desk to speak with Jason.   The Operative initiates a conversation with Jason regarding the purchasing price of an ounce of marijuana. Jason explains to the Operative that an ounce will cost anywhere from $125 to $300 depending on the quality she is interested in.  Jason further explains that his friend, who is a 3rd grade teacher, delivers marijuana for her brother. The Operative informs Jason that another person is interested in "dealing" to her. The Operative tells Jason that she would like to sample a half-ounce from each person to determine who has the "best weed." Jason becomes perturbed and states, "...they deal in weight only and supply to mostly dealers and not on a personal use level." The Operative tells Jason that she will speak with him again later.

3:00 PM    The Operative begins to clean her assigned areas of the building.

4:55PM    The Operative approaches Carlos and initiates a conversation about making a purchase of marijuana from him. The Operative informs Carlos that she would like to purchase a half ounce instead of an ounce to "compare his stuff" with someone else that wants to "deal" to her.  The Operative reports that Carlos becomes perturbed and states "I don't deal like that Shorty!"   At this time, the Operative notices that Carlos looks past her, where Eric is standing observing them having a conversation. Carlos tells the Operative that he will speak with her again at lunch. Carlos then walks over and has a brief conversation with Eric. The Operative continues to clean the area.

6:00 PM    The Operative takes a break and goes to her vehicle and observes that the Audi, Corsica and Acura mentioned in previous reports are all present in the parking lot. John exits the building and walks into the parking area. The Operative cannot determine if John enters a vehicle at this time.

6:15 PM    The Operative observes Carlos exit the building. Carlos walks over to the Operative's vehicle. The Operative notes that Carlos appears nervous and asks the Operative "...why you buying all over the place?" The Operative responds " I just want the best product for my money."

6:30 PM    The Operative re-enters the building and resumes the assigned cleaning duties.

**CONFIDENTIAL**

7:55 PM      The Operative takes a meal break and exits the back door of the building to go to her vehicle. The Operative observes John and the young white male employee (mentioned in previous reports) enter a vehicle, which is parked in the middle of the parking lot. The Operative's view is slightly obstructed and the make of the vehicle cannot be determined. In a few minutes the Operative observes the white male exit the vehicle and re-enter the building.

8:30 PM      The Operative re-enters the building just as Carlos is walking out. The Operative does not follow Carlos to avoid suspicion.

8:37 PM      The Operative is approached by George who asks "Can you get me a box of jackets?" The Operative responds that she will talk to him later about it.

9:07 PM      The Operative is cleaning and notices that Eric is staring at her from behind his station. The Operative continues to clean and appear as if she does not notice Eric observing her.

11:00 PM      The Operative passes by the Security desk and listens to a conversation which takes place between Cindy and Bill. Bill is telling Cindy "...Ralph the day guard asked me to pull some tapes from earlier because someone took his exotic plant from his desk. I told him that was not my obligation because it did not happen on my shift." Cindy then states " I've heard that the company will set employees up. I used to work at the post office and they would stuff envelopes with cash to see if the workers would open them and take the money. One time they tried to get me by leaving money on the bathroom floor....I just walked right over it!" Cindy then states " Remember that sting operation a few months ago? Honey...John Cummings walked right into the Custom Embroidery area and yelled 'Those of you that are doing dope...I got you on tape. If you're going to do dope I don't care, but leave the lot when you do it.'" Cindy then asks Bill "Who was that guy that tipped everyone off?" Bill thinks for a moment and then says "...Oh, Horseshoe...that was his name...or we called him George." Cindy then states " He worked with the Whitman Police Department." Bill responds, "I used to get reports that he would meet with someone in a white car everyday...I just passed all of it on to Cummings. You know that Norwell Police sit at other sites and watch the facility." Cindy then asks "Can they do that? That guy Horseshoe tipped Eric off." Cindy looks over at the Operative and then puts her hand over her mouth. Cindy is upset with herself for saying Eric's name out loud in front of the Operative. The Operative pretends as if she is not interested in their conversation. Bill then points to the Operative and tells Cindy "...don't worry about her, she is new and doesn't even know who Eric is." Cindy then states "They will never catch him, he has street sense...I have heard rumors that there are still undercover people watching cars in the

CONFIDENTIAL     

parking lot for people that use." Bill responds " Well...I know that there was something going on a while back and they would not tell me...so I took the tapes home to see if I could review them and find out what was going on. The tapes were all in fast motion and I could not see anything. Something is going on now but they are being all tight lipped about it." Cindy then responds, "...Well I know why they didn't do anything last time...it was because he would have lost all of the 3rd shift and half of the 2nd shift. Hell...you remember when they were drinking on their breaks? Brian (Embroidery Supervisor) was right there with them while they were drinking. It's a number game...they don't care as long as your produce...I am not going to say the name again, but they will never catch him. I have been here for five years and if nobody else has sense, Eric has some. I think that Norwell Police department had something at one time on him, but was not able to make it stick. John has a lot of pull over there you know." The Operative notes at this time she is standing very close to Cindy and Bill and casually enters the conversation. The Operative continues to act as if she does not know whom any of the parties are that are being mentioned in the conversation. Cindy tries to physically describe John Cummings to her. The Operative responds " Oh is he the one whose wife works here also?" Cindy laughs and states "No... if John's wife worked here he would no longer be married." The Operative continues to listen to Cindy and Bill discuss that John will only speak to certain employees in the building. Cindy then comments "Well if they really wanted to catch these guys, all they have to do is make them take a drug test." Bill disagrees with Cindy and states "No...what they should have done is bring someone in who does not know Eric and catch him with his hand in the jar." Cindy tries to physically describe Eric to her by saying quietly "...he is the big black guy with an ear ring in his eye." Cindy then responds to Bill by stating "Well if they continue to go off the lot, they are just causing problems for other companies because more likely they are smoking in someone else's lot...I mean its real obvious when four or five guys get into a car leave the lot...you know...what they are doing...hell the whole company does it, even supervisors." Several other employees approach the desk and the conversation ends. The Operative departs the building. The assignment is concluded for the evening.

WEDNESDAY
OCTOBER 1, 2003   (Conducted by Operative 1543)

| | |
|---|---|
| 2:45 PM | The Operative arrives at the warehouse and has a conversation with Jason at the Security desk. Jason advises the Operative "...I had to have my girl drive to get the weed, but I will still have it to you on time." |
| 3:00 PM | The Operative begins to mop, dust and empty trash cans.    **CONFIDENTIAL** |

8:40 PM      The Operative re-enters the warehouse and walks to the Security desk to have a conversation with Jason. Jason tells the Operative "…I'm still waiting on my girl to call." The Operative notes that Jason attempts to persuade her to purchase a whole ounce of marijuana versus a half ounce. The Operative asks Jason "Is there going to be a problem with me buying a half ounce?" Jason replies "…Hell no, I will have your shit like I said."

11:00 PM      The Operative walks to the Security desk to have another conversation with Jason. Jason advises the Operative that she will need to have $300 with her tomorrow to make the marijuana purchase. At this time, Bill approaches the Security desk and informs Jason that he needs to be cautious about having people at the Security desk. The Operative reports that Jason yells to Bill "…quit being a fucking bitch, I mean what the hell you afraid of? Who John Cummings…he's just another white man."

11:30 PM      The shift ends and the Operative departs the warehouse. As the Operative exits the building, Jason informs her that he will have the marijuana for her on Thursday or Friday.
     The assignment is concluded for the evening.


THURSDAY
OCTOBER 2, 2003   (Conducted by Operative 1543)

2:15 PM      The Operative arrives at the warehouse and remains in her vehicle for a few minutes to conduct surveillance. The Operative notes that there is no suspicious activity at this time.

2:40 PM      The Operative enters the warehouse and has a brief conversation with Jason. Jason advises the Operative "…I'm still waiting on a call." The Operative suspects that Jason may be "all talk" at this point.

3:00 PM      The Operative has a conversation with Mike regarding the upstairs bathroom. Mike instructs the Operative "…make sure the trash is done."

5:27 PM      The Operative enters the Embroidery storage area and observes Eric having a conversation on his cell phone. The Operative enters the area and begins to clean and overhears Eric giving directions to someone on how to get to the warehouse. The Operative notes that Eric begins lower his voice and then moves out of the area.

5:55 PM      The Operative exits the warehouse and walks to her vehicle. Within a few minutes, the Operative observes Carlos, John and the unidentified white male (who now works in Carlos previous assigned station) enter the black colored older model four door vehicle and drive out of the parking area.

CONFIDENTIAL      ARA 0179

9:45 PM    The Operative arrives at the TKO bar and observes two white females that are recognized as employees from the Wearguard building. The Operative recognizes that one of the females work at the station adjacent to Carlos and appears to be under the influence of a drug daily. The Operative learns that her name is Kendra (A-16). The other female works in the rear of custom embroidery on the left side, however the Operative is not able to obtain her name. The Operative notes that when the females see her enter the bar they state "Its about time you went out. Are you meeting Carlos?" The Operative affirms and Kendra tells the Operative to "Sit tight...they always get drunk before the come in here."

10:45 PM    The white male who did not want Carlos to speak to Jason approaches her and identifies himself as Paul (A-15). Paul tells the Operative that "Carlos has told me all about you and that you will be hanging out with us tonight. I just spoke with them on the phone and they are in Brockton picking up some weed for us to smoke tonight." The Operative notes that Paul appears as if he is very intoxicated. Paul picks up her drink and asks "What is this?" and takes a sip from the glass. Paul then states "Shit girl...this is a weak drink." Paul then tells the bartender "Bring this lady another drink and double up on the shots." The bartender smiles at the Operative however makes the drink just as the Operative had requested earlier in the evening (with very little alcohol). Paul begins to talk to the Operative about Kendra stating "That girl gets weed from Carlos everyday but she won't smoke with us, she likes to smoke by herself in her own car." Paul then begins to talk about Mike (A-2) stating "He's cool." The Operative believes this to mean that Mike probably smokes weed as well. Paul leans very close to her and whispers "Everybody at this company smokes toot powder. Carlos has the good shit. Carlos also has this weed called blueberry and chocolate. Girl...you will be high all day." Paul then yells at the bartender for another round of drinks. Paul asks the Operative about her divorce and then states "My girl left me after five years when I lived in South Boston." The Operative attempts to bring up Eric (A-6) in the conversation to see if Paul will volunteer any information. Paul states that "Eric is only cool with Carlos...he thinks he is better than the rest of us...fuck him." The Operative asks Paul where the employees smoke marijuana and Paul responds "We just go to the very back and park to smoke." Paul then begins laughing and says "Carlos thought you were 5-0 when you first came to the building. I told him he was full of shit because you would have arrested him right after he admitted to smoking weed." Paul then pulls out his cell phone and calls John. Paul hangs up the phone and tells the Operative that Carlos and John will be there in a few minutes. Paul then leaves his cell phone on the table and goes to the restroom. The Operative notices that the number that Paul dialed to reach John (A-5) is 738-6765.

**CONFIDENTIAL**

11:15 PM     Eric enters the bar and walks over and places his hand on the Operative's shoulder stating "Hey you! What's up? Nice to see you here."   They exchange small talk for just a few minutes and Carlos enters the bar with a large group of unidentified males. The Operative notices a commotion at the front door and observes that a police officer is prohibiting Carlos and the other males from coming into the bar. Carlos points to the Operative and Paul and states "I am meeting my friends over there."  The officer walks over and asks the Operative and Paul for identification. The officer walks back and tells Carlos and the other males that they must leave.  The Operative listens to the officer speaking with another person who thought that Carlos and the men were part of a gang. Paul tells the Operative to pay her bill and meet him in the parking area. The Operative walks outside and discovers that Carlos and the other men have already left the parking area. Paul is waiting by his vehicle and tells the Operative "Welcome to the crew...we will try this again later at another place that I know about." The Operative departs the parking area at approximately 11:40 PM.  The assignment is concluded for the evening.

NOTE:     This report has been reviewed for accuracy and completeness by Operative 1543.

Sincerely,

Kendra Webb
Managing Director

**CONFIDENTIAL**

ARA 0191

8:15 PM    The Operative observes Carlos having a conversation with Eric. The Operative notes that within a few minutes Carlos approaches her and states "My brother-in-law wants to see the jackets, can we meet back here at 1:30 tonight when I get off?" The Operative responds agrees and Carlos says "My brother is going to drive my car and I will ride with you. Can you pay some money right now to secure the deal?" The Operative tells Carlos that she will meet him at the 10:00pm break to give him some money.

10:00 PM    The Operative meets with Carlos in the parking area and gives him $60.00 in cash. Carlos tells the Operative "Don't be late picking me up."

10:15 PM    The Operative and Carlos re-enter the building and pass by George. Carlos speaks to George in Spanish and then George replies "Ohhh...I want one...where is mine?" The Operative asks Carlos why he is telling George about the thefts and Carlos begins to laugh and tells George "You will have to wait a few days."

11:30 PM    The shift ends and the Operative departs the building.


WEDNESDAY (AM)
OCTOBER 22, 2003    (Conducted by Operative 1543)

1:05 AM    The Operative returns to the building parking area to wait for Carlos. Jason approaches the Operative and states "So...you finally going to get some tonight." The Operative asks Jason what he means and Jason responds, "Some fucking dick...Ho...you've been here a month and I haven't heard you talk about dick." The Operative responds to Jason that he discusses sex enough for everyone. Jason then asks the Operative why she is there and she says that she is waiting to give a friend a ride home. Jason responds "Oh well ain't you nice" and then walks away.

1:11 AM    The Operative observes an unidentified white male employee, wearing a plaid shirt, jeans and glasses exit the building carrying a new stack of flat boxes which still have the tie around them. The Operative notes that employees have been instructed that they can only take old used boxes from the building for personal use. The Operative observes the employee walking toward the parking area, however it not able to identify his vehicle.

**CONFIDENTIAL**

ARA 0208

8:45 PM        The Operative re-enters the warehouse and resumes cleaning in the assigned areas.

10:00 PM      The Operative takes a break and meets with Carlos and his brother (who the Operative now learns is named Jesus) at her vehicle. Carlos tells the Operative "You will never believe what happened...We were on lunch near Brockton and drove up to a fucking road block...so I tossed the weed out." The Operative responds "You what?! You threw out my weed?! You can't just throw away two ounces."

Carlos responds "Its not really thrown away...I know where it is. I will bring it to you tomorrow."

The Operative continues the conversation by asking "What are you guys doing for the Holidays?" Carlos replies "Jesus is getting high like Chris Tucker in the movie *Friday.*"

At this time the Operative observes the unidentified Caucasian male (described below in A-11) walk outside. The Operative remarks to Carlos "He is so strange looking with all those tattoos." Carlos replies "We call him "Sketch". The Operative comments "He looks crazy." Carlos laughs and responds "I guess we will find out if they ever fire him."

The Operative then asks Carlos "So are you and your brother Hernandez's or Lopez's?" Carlos laughs and then replies "Our last name is Ortiz...my mother is Italian and my dad is Porte Rican."

The Operative then shifts the conversation to another topic asking Carlos "Where did you work before you came here?" Carlos answers "I used to work at Stella's pizza...but I got fired about 15 times. Remember when I wanted us to meet up at club Giggys? Well they also own Stella's pizza...right in my hood." The Operative asks Carlos "Why did they fire you?" Carlos answers "Well one time I kicked a $2000 air unit....but they still love me though. It's a long story, but this is a mob owned business and my pops worked there to. I worked there since I was 13. They liked my pops so much because he is full blooded Italian."

The Operative notes that Jesus interrupts and comments "What it boils down to is the Italians make more money that us." The Operative notes that Jesus is referring to Hispanic race.

Carlos then continues "I watched my mom cry many nights over my pops owing them money and these people had to be paid back. Once they fronted the money to get me out of jail...it was $700." Jesus adds "The only reason they got you out is because you were caught with their shit."

Carlos replies "True." The Operative comments "Come on...that stuff only happens on TV." Carlos replies "No its happening right in Brockton and the cops know it but can't touch them. You want to follow me back to my crib tonight to pick up those two O's?" The Operative responds "Hell no! I don't want to get caught in a road block." Carlos then agrees and tells the Operative that he will bring the marijuana with him to work tomorrow.

ARA 0220

CONFIDENTIAL

The Operative then attempts to shift the conversation to discuss Eric. Carlos comments "Eric smokes more weed that you and I put together." The Operative asks "What about the other supervisor?" Carlos answers "Yeah him to, but I deal with Eric's ass." The Operative responds "Well everybody got a hook. So Eric is yours?" Carlos laughs and Jesus elbows Carlos in his side. The Operative suspects that Jesus thinks Carlos is talking too much.

The Operative re-enters the building and resumes cleaning in the upstairs areas.

10:25 PM    The Operative walks by the Security desk and Jason states "You know I called Cummings at home." The Operative asks "What the hell for?" Jason answers "Cummings said if there was any problems with you I was to call him at home." The Operative remarks "Oh really...just like you pick up the phone to call Mike on me?" Jason replies "Yep" and the Operative walks away.

The Operative has another conversation with the new female employee from the Distribution area. The Operative asks "What is your name?" and the female employee answers "Yolanda...but don't bother to remember it I am leaving this shit in two weeks."

11:15 PM    Carlos approaches the Operative and states "You sure you don't want to follow me? I know where I hid the dope. Its just a little out of Rockland." The Operative tells Carlos that she would rather wait until tomorrow.

11:30 PM    The shift ends and the Operative departs the warehouse. The assignment is concluded for the evening.


WEDNESDAY
OCTOBER 29, 2003    (Conducted by Operative 1543)

2:45 PM    The Operative enters the warehouse and meets with Jerry for a brief meeting. Jerry instructs the Operative to dust the Cage three area behind Custom Embroidery. Jerry also expresses frustration over Tom instructing her to not dust in his area. Jerry instructs the Operative to remain out of the Taylor area for the day.

3:35 PM    Carlos approaches the Operative and tells her that he will meet her outside later to deliver the two ounces of marijuana.

5:00 PM    The Operative observes Jerry and Tom having a discussion about the cleaning duties in the Taylor area. Jerry then walks over to the Operative and instructs her to check with him daily before cleaning in the Taylor department.

**CONFIDENTIAL**

4:55 PM    The Operative discovers $15 in front of the ladies room. The Operative walks to the Taylor area and gives the money to the supervisor, Mike. (This is not the cleaning supervisor Mike) The Operative observes Mike post a sign regarding the lost money.

5:15 PM    The Operative has a conversation with Jesus. The Operative tells Jesus that she would like to purchase one or two ounces of marijuana from Carlos if he has that amount available. The Operative also informs Jesus that she will have the boots and other merchandise requested by Carlos tomorrow. The Operative informs Jesus that she may need assistance carrying the merchandise out to her vehicle. Jesus responds "Now that's what I'm talking about! You come find me when you are ready and Carlos and I will help you." The Operative then tells Jesus "Because Carlos wants so much stuff, we may need more help carrying it all out." Jesus responds "No…then we have to give them a cut of our stuff…and we ain't having that." The Operative agrees.

6:30 PM    The Operative takes a short break, however notes that there is no employee activity in the parking area at this time.

6:50 PM    The Operative resumes cleaning in the assigned areas of the warehouse.

9:00 PM    The Operative has a conversation with Jason at the Security desk. The Operative reports that as she approaches the Security desk she overhears a female employee named Johanna (who works in the café) telling Jason that she is frightened of George. Johanna is telling Jason that George keeps offering to take her home every evening and continuously asks for her home phone number. Jason asks Johanna "You want me to write this up?" Before Johanna can respond, Jason receives a phone call and briefly steps away from the Security desk. The Operative notes that Johanna turns to her and states "He (referring to Jason) does the same thing…so I don't know if reporting it to him will do any good." Johanna then tells the Operative that she is only 16 years of age. Johanna then states "The other problem I have is with Kendra Cain." The Operative notes that a supervisor walks up, who the Operative does not know by name, but describes as a Caucasian male, slim build, beard and the Operative observes his sitting right next to Eric during all the shifts.
The supervisor pulls Johanna to the side and asks her to give him some more details. Johanna and the supervisor then walk outside together.
The Operative notes that within a few minutes the supervisor returns to the Security desk alone and states "Damn…a lot of stuff going on around here." Jason then returns to the Security desk and states "George is 25 and has a wife…he needs to leave Johanna alone."

9:15 PM    The Operative reports that George approaches the Security desk and tells the Operative in the presence of Jason "Take all the shit you want because

CONFIDENTIAL

ARA 0229

# EXHIBIT B

 **CORPORATE RISK SOLUTIONS**

1499 Alpharetta Highway
Suite I
Alpharetta, Georgia 30004
770-664-0911    770-753-0911 fax
blarkin@corporaterisksolutions.com

November 4, 2003

Mr. Jay Hess
Manager - Corporate Security
Aramark Corporation
1101 Market Street
Philadelphia, PA. 19107

## UNDERCOVER OPERATION RECAP - WEARGUARD

**RE**: Operative # 1543

**PERIOD**:    September 9, 2003 to October 31, 2003

The following report outlines the observations of Operative 1543 where employee dishonesty, drug activity, and procedural deficiencies have been noted on a consistent basis at the Wearguard facility located in Norwell, Massachusetts. The outline will assist with identifying issues by employee that are either illegal or in violation of Wearguard policy.

The Operative has been successful in identifying the following employees currently involved in merchandise theft, drug use and drug sales:

The Operative befriends a male employee by the name of *__Carlos Ortiz__* who she learns on her first day of working in the building is selling marijuana to the other employees. During the assignment, the Operative has observed much interaction between Carlos and another employee by the name of Eric Beasley.

**The following dates are documented by the Operative involving observations and conversations of drug use, drug distribution and theft by Carlos.**

CONFIDENTIAL

ARA 0629

| | |
|---|---|
| September 10, 2003 | Carlos brags to the Operative that he makes "Mad money" on Thursdays selling marijuana because this is payday for the building employees. Carlos also states that he can provide any amount of marijuana that she is interested in purchasing. |
| September 15, 2003 | Carlos approaches the Operative at 4:07 pm to ask her if she is interested in making a purchase of marijuana. |
| September 16, 2003 | The Operative observes Carlos walking from one vehicle to the other in the parking lot making quick exchanges from hand to hand with the occupants of each vehicle. |
| September 18, 2003 | The Operative observes Carlos walking through the parking area making three different quick hand to hand exchanges with different employees. |
| September 26, 2003 | Carlos approaches the Operative and again attempts to persuade her to make a purchase of marijuana from him. |
| October 6, 2003 | Carlos approaches the Operative and invites her to smoke marijuana with him one evening after work. |
| October 7, 2003 | Carlos and several other employees sit inside of the Operative's van during a break. They are smoking cigars and cigarettes that they state contain marijuana. The smell is consistent with that of marijuana. |
| October 9, 2003 | Carlos approaches the Operative at the meal break and invites her to ride with him off premises to smoke marijuana. |
| | Carlos tells the Operative to start taking her evening break at 9:30 and he will give her a sample of some marijuana to smoke on the break. |
| October 10, 2003 | Carlos invites the Operative to meet with him and several other employees after work to smoke marijuana. Carlos also asks the Operative if she has any "Blunts" to smoke later that evening. The Operative has a conversation with another employee (Paul) who tells the Operative that Carlos sells flavored marijuana and has many employees who buy from him on a regular basis. Paul also states that Carlos leaves the premises on most of the breaks to smoke marijuana with other employees. |
| October 15, 2003 | The Operative observes Carlos leave for a break and return drinking a beer, which he discards in the back of his trunk. |

CONFIDENTIAL

ARA 0630

Carlos invites the Operative to go out and smoke marijuana with him Friday evening after work.

October 17, 2003    The Operative observes Carlos sell marijuana to Paul in the parking area during one of the breaks. The marijuana is sealed into a small plastic bag.

After the shift ends, Paul gives the Operative a "Blunt" and states that it is a gift from Carlos for her to smoke this evening.

October 20, 2003    The Operative observes Carlos make a quick hand exchange with John (A-5) in the parking area. Carlos walks to the Operative's vehicle and observes that Carlos has a roll of cash still in his hand.

Carlos approaches the Operative and requests that she steal some leather jackets for him from the building in exchange for ¾ ounce of marijuana.

During the evening break the Operative observes Carlos make a quick hand-to-hand exchange with an unidentified white male employee in the parking area.

October 21, 2003    The Operative conceals three jackets and places them in her vehicle. The Operative displays the jackets to Carlos at the evening break and also gives him $60 in cash to secure the deal for ¾ ounce of marijuana. They agree to meet at 1:30 AM to exchange the jackets for the marijuana.

October 22, 2003    The Operative follows Carlos to his residence at 1:30am to collect the marijuana. Once they arrive at the residence, Carlos produces the marijuana, sealed in a plastic sandwich bag and hands it to the Operative. Carlos then collects the three leather jackets and another $140 in cash from the Operative for another ounce of marijuana, which he promises to produce the following day in exchange for three more leather jackets.

CONFIDENTIAL

At 3:37 pm, at the building, Carlos approaches the Operative and requests that she get him a black leather jacket in an extra large size in addition to 10 blue jean jackets. Carlos promises the Operative another ounce of marijuana in exchange for the jackets.

At 6:10pm, the Operative meets with Carlos at her vehicle and produces three more leather jackets to Carlos. Carlos

hands the Operative another bag of marijuana.

At 7:25pm, Carlos approaches the Operative and informs her that he has two more ounces of marijuana that he wants to sell if she is interested. The Operative tells Carlos that she will need to wait for "payday."

October 23, 2003      Carlos approaches the Operative and insists that she produce the ten blue jean jackets by the end of the evening. The Operative attempts to explain to Carlos that it is difficult to move that many jackets at one time. They agree to meet the next evening at 6:00pm in a back parking area to exchange the jackets for another ounce of marijuana. Carlos states that he is not working tomorrow but will come in to meet her.

October 24, 2003      The Operative removes one leather jacket and one blue jean jacket from the building and places them in her vehicle to give to Carlos at 6:00pm. At 5:10pm, Carlos' brother approaches the Operative and she relays to him that she only has two jackets at this time. Carlos does not show up at the scheduled 6:00pm meeting place.

October 27, 2003      The Operative has a conversation with Carlos in the Custom Embroidery area about the purchase of two ounces of marijuana. Carlos makes arrangements with the Operative to follow him to his residence that evening. The Operative gives Carlos $300 in cash. Later, the same evening, Carlos tells the Operative that he has decided to bring the marijuana to her at work the following day. At the evening break, the Operative meets with Carlos to give him the two jackets that she removed from the building the previous week. Carlos pushes the Operative for additional jackets and a pair of Timberland boots.

October 28, 2003      At the evening break, Carlos informs the Operative that he was caught in a roadblock and had to toss the two ounces of marijuana from his vehicle. He agrees to bring the marijuana to the Operative at work the following day. Carlos has a conversation with the Operative about being involved with organized crime in Brockton, Massachusetts. In addition, Carlos tells the Operative, "Eric smokes more marijuana that you and I put together."

October 29, 2003      At 6:25pm, the Operative meets with Carlos at her vehicle and he hands her two ounces of marijuana sealed inside of two sandwich bags. Carlos tells the Operative "I will have some

better shit next week."

The Operative learns that Carlos is very close friends and spends a lot of time with another employee by the name of ***John*** an African American male, who has long hair pulled into a ponytail. The Operative has determined that John also smokes marijuana with Carlos. The Operative observes that John and Carlos leave the premises several times each day during breaks to presumably smoke marijuana. The Operative also notes that John is observed on several occasions driving an Audi registered to Eric Beasley.

**The following activities are documented by the Operative involving John:**

| | |
|---|---|
| September 10, 2003 | The Operative listens to John ask Carlos "You have any Fire on you?" which the Operative notes is a slang term for marijuana. The Operative then observes Carlos produce a cigar that he tells John has the marijuana inside and they begin to smoke. At this time, John is sitting in the Audi. |
| September 18, 2003 | The Operative observes John and Carlos leave the building together during the meal break. When Carlos and John return their eyes are red and glassy. |
| September 22, 2003 | The Operative again observes John sitting alone inside of the Audi. |
| | At the meal break, the Operative observes John and Carlos exit the parking area driving the Audi. The Operative walks to the vehicle when they return and notes that it smells strongly of marijuana. |
| September 24, 2003 | The Operative observes John and Carlos inside of the Audi. John slides down in the seat as a police vehicle cruises through the parking area. John drives the Audi quickly out of the parking area after the police leave the area. |
| October 9, 2003 | The Operative is approached by Carlos and John who try to persuade her to leave the premises with them to smoke marijuana on one of the breaks. |
| October 10, 2003 | The Operative makes plans to meet after work with Carlos, John and Paul. The Operative learns that Carlos and John drive to Brockton to obtain marijuana before meeting her and Paul at the TKO bar. During the evening, John calls Paul several times on his cell phone to relay their location. |
| October 14, 2003 | During a break, the Operative observes, Carlos and John drinking beer or liquor from a bottle concealed in a brown paper bag. |

CONFIDENTIAL          ARA 0633

October 20, 2003    The Operative observes John retrieving an item from the Audi. John then leaves the property with another employee in a small sports vehicle. When John returns, the Operative observes Carlos hand John a small plastic bag and John then hands Carlos a roll of cash. Carlos then walks over to the Operative and tells her that John and the other employees in the sports vehicle are smoking "a blunt."

October 22, 2003    Again, during a break the Operative observes John and Carlos make a quick hand-to-hand exchange in the parking area. The Operative notes that Carlos hands John a small plastic bag that contain "a blunt" and John hands Carlos a roll of cash.

The Operative determines that another employee, **_Paul_**, is actively involved with Carlos in drug usage. The Operative learns that Paul has a lot of knowledge regarding drug sales by Carlos to other employees in the building. Paul is also able to provide the Operative with details on the type of drugs and regular buyers that Carlos is involved with.

**The following dates outline the conversations and drug usage witnessed by the Operative involving Paul:**

October 10, 2003    The Operative has a conversation with Paul at the TKO bar while they are waiting for Carlos and John to arrive. The Operative learns from Paul that Carlos and John have gone to Brockton to purchase marijuana. Paul gives the Operative details regarding flavors of marijuana that Carlos has for sale. In addition, Paul tells the Operative that Carlos has many "regular customers" at the building and mentions a female employee, **_Kendra_** that makes purchases almost daily from Carlos.

October 15, 2003    The Operative has a conversation with Paul regarding a security employee, Jason. Paul tells the Operative that he suspects Jason is a "snitch." Later the same evening, Paul asks the Operative if she will "go in with him" on purchasing a bag of marijuana.

October 17, 2003    Paul comments to the Operative "We are going to get high as the sky tonight." At 4:00 PM, in the parking area of the building, the Operative observes Carlos hand Paul a plastic bag containing marijuana. Paul then hands Carlos a roll of cash. After work, the Operative agrees to meet Paul again at the TKO bar for dinner and drinks. Paul tells the Operative

that    he purchased marijuana from Carlos earlier during the day. Paul also tells the Operative that Carlos gave him an extra "blunt" for them to smoke together this evening. At the end of the evening Paul gives the "blunt" to the Operative to "take home and smoke."

October 27, 2003    Paul asks the Operative "Hey, you got some fire?" meaning marijuana.  Paul then relays that he needs to purchase some marijuana because he does not have any.

The Operative learns that Carlos has a brother who begins working at the building by the name of *Jesus*. The Operative determines that Jesus is actively involved with Carlos in the distribution of drugs in exchange for cash or merchandise.

**The following dates are outlined by the Operative involving Jesus' involvement in illegal activity:**

October 20, 2003    Carlos introduces the Operative to his brother Jesus and then asks the Operative while Jesus is present to "move some leather jackets" from the building in exchange for an ounce of marijuana.

October 22, 2003    The Operative follows Carlos and Jesus to their residence    to exchange three leather jackets and $60 in cash for an ounce of marijuana.

October 24, 2003    Jesus approaches the Operative and asks "Did you get our jackets?" Jesus becomes angry with the Operative after she informs him that she only has two jackets instead of the ten that he and Carlos requested.

October 27, 2003    Jesus and Carlos meet the Operative at her vehicle in the parking area to obtain the two jackets that she removed from the building the previous week.

October 28, 2003    Jesus and Carlos meet with the Operative during a break and relay that they drove to a roadblock and threw out the two ounces of marijuana they were delivering to her.

Jesus and Carlos also relay some family history to the Operative regarding drug sales and being connected to organized crime. During this same conversation, the Operative makes arrangements with Jesus and Carlos to obtain two ounces of marijuana from them.

CONFIDENTIAL

ARA 0635

The Operative identifies another employee in the building, **_Matt_** who approaches the Operative regarding his interest in purchasing marijuana.

**The following date outlines a conversation that the Operative has with Matt involving drugs in the building:**

October 3, 2003        Matt approaches the Operative and complains of having a toothache and needing "some weed." Matt tells the Operative that he normally purchases his weed from "guys in the building." Matt relays that one employee was caught selling marijuana and now it is difficult to purchase marijuana from anyone at the building.

The Operative ascertains by many observations and direct conversations that another employee by the name of **_Jason_** violates company policies and procedures. Jason is employed as a Security representative for the company. The Operative notes that Jason has knowledge of information that is of confidential nature and he does not hesitate to share the information with other employees in the building.

**The following dates are outlined by the Operative as having conversations with Jason that exhibit racial discrimination:**

October 1, 2003        The Operative listens to Jason tell Bill "…stop being a fucking bitch….what are you afraid of….John Cummings? He is just another white man."

October 24, 2003       The Operative listens to Jason have a conversation with another employee about John Cummings. Jason continues to talk about John Cummings to the Operative stating "….he is racist…but he is hiring more and more blacks…that is the only reason you were hired…because you're black…that's all black people are good for."

Jason continues "Rich, you're lucky cause your ass is white." Rich then tells Jason that he is Indian and Hungarian decent.

Jason continues the conversation by stating "The white man will only hire a black for cleaning." Jason then tells the Operative "Get down on your hands and knees where you belong."

CONFIDENTIAL

ARA 0636

**The following dates are outlined by the Operative as having conversations and observing behavior from Jason, which exhibit sexual discrimination;**

September 12, 2003    The Operative has a conversation at the Security desk with Jason who tells the Operative that he enjoys having lots of sex and then Jason asks the Operative "Do you like having sex?"

September 17, 2003    The Operative listens to a conversation between two female employees who are complaining about Jason "always talking about women's body part and sex."

September 22, 2003    The Operative listens to a conversation between two employees, Bill and Cindy who complain about Jason talking "sexy" to female employees.

September 25, 2003    The Operative observes a female employee at the Security desk with Jason. The Operative then hears Jason say "...so how big are your tits anyway?"

October 3, 2003    Jason requests that the Operative remain in the building with him overnight. The Operative refuses and Jason comments "...Are you afraid to stay because I might talk you into giving me a piece of that ass."

October 22, 2003    Jason approaches the Operative and states "So...you finally going to get some tonight." The Operative asks Jason what he means and Jason responds, "Some fucking dick...Ho...you've been here a month and I haven't heard you talk about dick."

October 30, 2003    Jason says "Cummings made a big mistake by hiring that lady guard because he is just wasting the company's time and money. Where the fuck did they get her from? The only thing they probably looked at was she was in the military and she probably ain't good at that." The Operative comments that he is angry because she is a female. Jason flips up his middle finger at the Operative and replies "Fuck you."

**The following dates are outlined by the Operative as observations, which involve Jason violating company policies and procedures;**

September 12, 2003    Jason attempts to persuade the Operative to "hang out" with him at the Security desk instead of working in her assigned area.

At 10:45pm, Jason asks the Operative to "cover" the Security desk for him while he takes a break.

CONFIDENTIAL

ARA 0637

The Operative observes that Jason does not inspect any bags, which are being carried out by the employees.

September 18, 2003   The Operative observes an employee exit the building carrying two large duffle bags. The Operative notes that Jason does not challenge the employee nor does he appear to even be monitoring the cameras. Jason is engaged in conversation with another employee.

September 19, 2003   The Operative observes Jason has a female guest behind the Security desk with him. The female has a large duffle bag and sits with Jason as the employees are leaving for the evening. The Operative also listens to a conversation that Jason has with another employee, George. The Operative suspects that George reveals to Jason his plans to steal merchandise from the building. At the end of the conversation Jason gives George a thumbs up sign and states "Oh, we cool."

September 22, 2003   The Operative listens to a conversation between two other employees that are complaining about Jason moving cameras.

September 23, 2003   Jason curses at the Operative after she approaches the Security desk to obtain the cleaning keys.

Jason tells the Operative that Mike has requested for him to watch her on camera and log her activity and break times.

September 25, 2003   The Operative observes that Rich, who is the chef, is manning the Security desk while Jason takes a break.

September 26, 2003   Jason calls the Operative to the Security desk to show her photos of criminal trespass suspects.

October 2, 2003   The Operative listens to Jason telling another employee "…Cummings got a $17,000 raise…he makes over $200,000 to do shit."

October 3, 2003   Jason tells the Operative that he printed over 1000 pages from the Internet. In addition, Jason confides to the Operative that he is going to sleep after all the employees have exited the building.

October 7, 2003   Jason confides to the Operative that he was an hour late for work.

CONFIDENTIAL

ARA 0638

|  | Jason asks the Operative to remain at the Security desk while he "takes a piss." |
|---|---|
| October 14, 2003 | Jason confirms to the Operative that his girlfriend stayed in the building with him overnight. |
| October 16, 2003 | Jason confides to the Operative that while he works this evening he plans on "surfing the net, working out, and going to sleep." |
| October 31, 2003 | The Operative listens to Jason tell Rich that he is going to sleep in the Nurses station after the other employees have departed the building. |

**The following dates are outlined by the Operative as conversations with Jason involving drug use:**

| September 29, 2003 | Jason confides to the Operative that he has a female friend that can supply marijuana through her brother. Jason tells the Operative that he can supply her with marijuana if she is interested in making a purchase. |
|---|---|
| September 30, 2003 | Jason approaches the Operative and informs her that he can supply her with marijuana for $125 to $300 depending on the quality of marijuana she is interested in purchasing. |
| October 1, 2003 | The Operative negotiates a sale of marijuana with Jason. Jason tells the Operative that his "Girl" must drive to get the marijuana and that he will bring it to the Operative at work. Jason approaches the Operative and attempts to persuade her to purchase an ounce of marijuana versus the ½ ounce that the Operative requested. After the Operative refuses, Jason instructs the Operative to bring $300 in cash to work the following day and he will have the marijuana. |
| October 2, 2003 | Jason tells the Operative that he will not be able to deliver the marijuana to her until the following day. |
| October 3, 2003 | Jason informs the Operative "I didn't feel like driving to pick up the stuff" referring to the marijuana. The Operative suspects that Jason is unable to produce the marijuana. |

CONFIDENTIAL

The Operative discovers that a cleaner, *George,* is taking merchandise from the building. George persuades the Operative on several occasions to assist him with the theft of merchandise. George offers to fraudulently clock the Operative in/out allowing her to

ARA 0639

gain wages for hours that she actually does not work.

**The Operative outlines the following dates, which involve George and the
Operative removing merchandise from the building in exchange for fraudulent
clocking;**

September 19, 2003    George approaches the Operative and requests that she place
merchandise into a trash bag for him to remove from the
building. George offers to allow the Operative to leave
early and he will clock her out when he departs the building
several hours later.

September 23, 2003    George again attempts to persuade the Operative to place some
merchandise into a trash bag. George asks the Operative to
place the bag under the stairs for him.

September 24, 2003    At 9:40pm, the Operative removes a red jacket from a small gray
bin located in the rear left side of the Embroidery area. The
jacket has a SKU #1438RB2XL. The Operative places the
jacket in a trash bag containing dry paper.

At 11:30pm, the Operative catches a quick glimpse of
George exiting the building with what appears to be the
trash bag containing the red jacket.

September 25, 2003    George confirms to the Operative that he removed the red jacket
from the building the previous evening. George requests
that the Operative place more merchandise under the stairs
for him. The Operative tells George that she wants to leave
at 10:30 pm however wants to be clocked out at 11:30pm.
George tells the Operative to find him before she leaves to
give him her badge.

The Operative removes a green and blue jacket and
paperwork from inside of a box located in the Embroidery
area. The sku numbers on the paperwork are 1308 bl-m,
130810 fx1, and 1308 bl-l. The color is listed as 2335 for all
the jackets in the box. The names on the paperwork are
Momeganna, Tigigiluk, and Aviuk. Each jacket is priced at
$139.99. Again, the Operative conceals the jacket inside of
a trash bag and places it under the stairs.

The Operative departs the building at 10:30 pm and George
clocks her out at 11:30pm.

**CONFIDENTIAL**

September 26, 2003    George asks the Operative to "Get some more jackets." The
Operative removes two navy blue jackets (sku number

414NC M) both size medium. The Operative places them in the same place under the stairs for George.

The Operative meets with George by the trash compactor and George asks her what she was able to conceal for him. The Operative hands George the trash bag that contains the jackets and George removes them from the bag. The Operative notes that George seems unaware that a camera is in place above the trash compactor.

The Operative departs the building at 10:30 pm and George clocks her out at 11:30pm.

September 30, 2003    George approaches the Operative and requests that she remove an entire box of jackets from the embroidery area. The Operative tells George that she will think about it and let him know.

This concludes the Operative's findings to the current date.

**CONFIDENTIAL**

# EXHIBIT C

I'm willing to testify to these
(one of tha bags was for shemp) statments
Two or three weeks ago I met
Erric at my machine & bought 2
bags of weed witch was dimes.
I bought weed off of hime on
more than one accation. always on
wearguard propertie. about a dozen time.
it went from dimes to 8ths with
was 45 dollers.

John Shemp also selse weed &
uselt has it on wed or thurs.
& also the bag the Police officer
found on me came from John shemp

I Also Know somebody that
selse weed at wearguard & he
works on the team that is
located on the same side of the
floor as the uCE. He is short
with a gold "T" & chubby.
I also bout wedfrom the Kid on
the first time & twice.

gold T on his
chin long light
brown hair &
carries a bork
back.

**CONFIDENTIAL**

**ARA 0071**

I smoked with sketch on
many accations on wearguard
property.
                    11/4/03        Carl Ortiz