UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIC E. BEASLEY,<br><br>      Plaintiff,<br><br>v.<br><br>ARAMARK UNIFORM AND CAREER<br>APPAREL, INC., and JAY HESS, JR.,<br><br>      Defendants | Civil Action No. 05-CV-10496-NMG |

**<u>AFFIDAVIT OF RICHARD A. SJOBERG</u>**

I, Richard A. Sjoberg, on oath depose and state as follows:

1.      I am over 18 years of age, am competent to testify, and have personal knowledge of the facts set forth in this Affidavit.

2.      I am the President of Needham, Sjoberg & Associates, Inc. ("NSA"), a licensed private detective agency specializing in corporate investigations, surveillance, and employment screening.  I have held that position for approximately the last 10 years.

3.      Before founding NSA, I worked for more than 10 years in various investigative and corporate security roles, including several years as a Weymouth, Massachusetts police officer.

4.      Around August 1, 2003, I received a call from John Cummings, the General Manager of Facilities and Security for WearGuard in Norwell, Massachusetts.  Mr. Cummings asked me to run a criminal background check on a WearGuard employee named Eric E. Beasley.

5.      I conducted the background check some time during the next few days.  I verified Mr. Beasley's Social Security Number, address, and date of birth.  I also checked Mr. Beasley's driving record and his publicly available criminal record.

6.      Among other things, my investigation revealed that Mr. Beasley had been charged with possession of marijuana in May 2002 after a traffic stop.  According to the court records, the charge was dismissed on payment of $200.00 in court costs.

7.      I prepared a report of my findings, and sent a copy to Mr. Cummings on August 5, 2003.  A true and accurate copy of my report is attached hereto as Exhibit A.

8.      Mr. Cummings called me on November 7, 2003.  He told me that a number of WearGuard employees had been arrested for theft following an undercover "sting" operation, and that the undercover operative had discovered evidence of drug use and drug dealing (as well as theft of company property) at the Norwell facility.  In an effort to find out more about this apparent drug problem, Mr. Cummings asked me to interview a number of WearGuard employees, including the employees who had been arrested and those who had been suspended.

9.      Between November 10, 2003, and November 17, 2003, I interviewed approximately 15 individuals.  Most of the interviews took place in a conference room at the Norwell facility.  Mr. Cummings attended those on-site interviews, as well as an off-site interview with Carlos Ortiz.

10.      A number of the witnesses I interviewed identified Eric Beasley as an individual who both used and sold marijuana at WearGuard.  Many of these witnesses described Mr. Beasley as someone who originally had worked in the Custom Embroidery Department, but was then promoted to a position in the Art Department.

11.    On or about November 17, 2003, I interviewed Mr. Beasley at his attorney's office.  Of the numerous WearGuard employees I interviewed, Mr. Beasley was the only one who requested the presence of an attorney.  I asked Mr. Beasley whether he had ever possessed or used drugs at WearGuard, or was aware of other employees who had.  He answered "no" to each of those questions.

12.    During the period that I was conducting my interviews, Mr. Cummings and I met almost daily with Susan Magrini, the Vice President of Human Resources, and Kathy Gillis, a Director of Human Resources.  I informed them of everything the witnesses I interviewed had told me.

13.    On or about November 25, 2003, I prepared a written report detailing my interviews, and provided that report to Mr. Cummings.  A true and accurate copy of that report is attached hereto as Exhibit B.

14.    My written report fully and accurately sets forth the statements made to me by the individuals I interviewed.

15.    All told, I spent 84.25 hours on the WearGuard investigation, for which I billed WearGuard $7,161.25.  A true and accurate copy of the invoice I sent to WearGuard is attached hereto as Exhibit C.

**I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.  EXECUTED ON FEBRUARY 27, 2006.**

/s/ Richard A. Sjoberg
Richard A. Sjoberg

BOS_515092_3/BLAMKIN

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 2, 2006, and that there are no non-registered participants.

/s/ Brian H. Lamkin
Brian H. Lamkin (BBO No. 635688)

BOS_515092_3/BLAMKIN

# EXHIBIT A



# $\mathcal{NSA}$, Inc.

# Needham, Sjoberg & Associates

## INVESTIGATIVE CONSULTANTS

*Corporate Fraud*
*Pre-Employment Profiles*

*Attorney Services*
*Video Surveillance*

August 5, 2003

**PERSONAL AND CONFIDENTIAL**

**WearGuard-CREST**
141 Longwater Drive
Norwell, MA 02061

**Attention:**   Mr. John Cummings
Asst. V.P., Facilities, Engineering & Security

**Re:**   **Background Investigation**

**Subject:**   **ERIC E. BEASLEY**
SS# Redacted

Dear Mr. Cummings,

Pursuant to your request, we have conducted a background investigation on the above-named subject . This report will supplement our verbal update and detail our findings.

## SOCIAL SECURITY VERIFICATION

Through Trans Union Credit Bureau, we surfaced a Social Security Trace Report in the subject's name. The subject's Social Security Number of Redacted , as well as, Date of Birth of Redacted , were confirmed respectively.

## ADDRESS VERIFICATION

The following addresses were confirmed relative to this subject on the following corresponding dates:

| Residential Address | Date Reported |
|---|---|
| REDACTED | 08/94 To Present |
|  | 04/96 To 05/98 |
|  | 12/94 |

**CONFIDENTIAL**

**ARA 0285**

*101 Federal Street • Suite 1900 • Boston, Massachusetts 02110 • Telephone (617) 342-3616 • Facsimile (781) 337-3935*

WearGuard-CREST
Eric Beasley Background Investigation
August 5, 2003
Page 2

## DRIVER RECORD HISTORY

Research determined the applicant possesses an *Active,* Class D, Driver's License which is due to expire on October 11, 2007. The applicant's Driver's License Number of [ Redacted ] within the Commonwealth Of Massachusetts lists a residential address [ Redacted ] Weymouth, MA 02189.

A search of the applicant's Driver Record History found an extensive record of violations issued to this license holder. **A copy of the subject's Driver Record History is attached for your review.**

## CRIMINAL HISTORY

*Criminal History Research, Massachusetts*

To the extent allowed by state law, criminal records were searched at appropriate jurisdictions with the following criminal record found for this subject:

| Type Of Offense | Date | Court Location |
|---|---|---|
| **Illegal Possession Of Controlled Substance, Class D - Marijuana** (Docket #0256CR003008) | 05-18-02 | Quincy District, MA |

**Disposition:**    **Dismissed Upon Payment Of $200.00 Court Costs;**

**Police Report & Criminal Docket Attached**

| | | |
|---|---|---|
| **State Highway By-Law Violation** (Civil Motor Vehicle Infraction) (Docket #0256CR003008) | 05-18-02 | Quincy District, MA |

**CONFIDENTIAL**

**Disposition:**    **Found Responsible, $50.00 Fine;**

**Police Report & Criminal Docket Attached**

A R A   0 2 8 6

**WearGuard-CREST**
**Eric Beasley Background Investigation**
**August 5, 2003**
**Page 3**

| Type Of Offense | Date | Court Location |
|---|---|---|
| **Operate Motor Vehicle With Suspended License** (Docket #9306CR6479) | 08-25-93 | West Roxbury District, MA |

**Disposition:**     Dismissed On $150.00 Court Costs, $50.00 Victim / Witness Fees;

Defaulted On Payments - Various Warrants Issued / Recalled

## SUMMARY

We have completed our investigation on this subject and have provided you with a verbal update of our findings. Should you have any questions or comments, please feel free to contact our office at any time.

Sincerely,

*Richard A. Sjoberg*

Richard A. Sjoberg
President

CONFIDENTIAL

ARA 0287

# Milton Police Department
**40 Highland Street**
**Milton, Ma 02186**
**617-696-5068**
**Custody Report**
**MIT**

Booking Number: 2002000000201
File Number:

| | | | |
|---|---|---|---|
| Booking Code: | Arrest | Custody Type: | Taken into Custody |
| Cell Number: | 3/LO | Court: | N/A |
| Master Name: | BEASLEY, ERIC E | DOB: | 10/11/70 |
| Master Card No: | 2002000001656 | OBTN: | TMIT02000201 |
| Location of Custody: | ADAMS STREET / RANDOLPH AVENUE, MILTON MA, 02186 | | |
| Booking Name: | BEASLEY, ERIC E | | |
| Address: | Redacted | | |
| Booking Number: | 2002000000201 | File No: | |
| Booking Date: | 5/18/02  2:27:00AM | Custody Date: | 5/18/02  2:27:00AM |

5/18/02  2:44:56AM    5/18/02  2:45:24AM

CR Number:
RA Number:

## Personal Infomation

| | | | | | |
|---|---|---|---|---|---|
| Sex: | Male | Height: | 6' 3" | Occupation: | COPUTERIZED DIGITI |
| Race: | Black | Weight: | 255 | Employer/School: | WEAR GUARD |
| DOB: | Redacted | Age: 31 | Build: Large | Emp/School Address: | NORWELL, MA |
| Place of Birth: | Redacted | Eye Color: | Brown | Social Security No: | Redacted |
| Mother's Name: | N/A | Hair Color: | Black | Opr's License # & St: | Redacted  MA |
| Father's Name: | N/A | Skin Tone: | Dark | Marital Status: | Single |
| Legal Spouse: | N/A | Ethnicity: | Not Hispanic | Maiden Name: | N/A |
| Mother: | MARY BEASLEY | | | Home Telephone: | Redacted |
| Father: | N/A | | | | |
| Spouse: | N/A | | | | |
| Scars / Marks / Tattoos: | N/A | | | | |

## Associated Incidents

| Incident Number | Incident File Number | Incident Date | Description |
|---|---|---|---|
| 2002000004188 | | 5/18/02  1:55:00AM | Warrant Service |

## Booking Process

| | | | | | |
|---|---|---|---|---|---|
| Was Phone Used: | N/A | Examined at Hospital: | N/A | Breathalizer Administered: | No |
| Tel. No. Called: | N/A | | | | |
| Personal Property: | MARIJUANA, WALLET, WATCH, 2 RINGS, CHAIN, EARING, HAT | | | | |
| Refused Fingerprints: No | | Refused Photograph: No | | Refused Breath Test: N/A | Refused Blood Test: N/A |

**CONFIDENTIAL**

**A R A   0 2 9 3**

# Milton Police Department
## 40 Highland Street
## Milton, Ma 02186
## 617-696-5068
## Custody Report
## MIT

Booking Number: 2002000000201
File Number:

| | |
|---|---|
| Master Name: | BEASLEY, ERIC E |
| Master Card No: | 2002000001656 |
| Booking Number: | 2002000000201 |

**(Continued)**

### Associated Officers

| | | | | | |
|---|---|---|---|---|---|
| Custody Officer: | BURNS, TIMOTH | Searched By: | BURNS, TIMOTH | Custody Partner ID: | |
| Booking Officer: | WEST, WILLIAM | Placed in Cell By: | BURNS, TIMOTH | Unit No: | |
| Informed of Rights by: | WEST, WILLIAM | | | Transporting Unit No: | |

### Comments and Observations

| | | |
|---|---|---|
| Cautions: | Booking Comments: N/A | Visible Injuries: N/A |

### Juvenile Information

| | | | |
|---|---|---|---|
| Juvenile: No | | | |
| Person Notified: | Relationship: | | Phone No: |
| Address: | | Juvenile Probation Officer: | |
| Notified By: | | Notification Date & Time: | |

### Charge Information

| Statute: | Law Description: | Counts: |
|---|---|---|
| 85/2A | DPW REGULATIONS MOVEMENT ON HI | 1 |
| 94C/34/826 | Possession Class D Substance | 1 |

### Records Information

| | | | |
|---|---|---|---|
| Bail Set By: | N/A | BOP Check: | |
| Bailed By: | N/A | Suicide Check: | |
| | | BOP Warrant: | |
| Bail Amount: | N/A | BOP Court: | |

### Breath Test Information

| | | | | | |
|---|---|---|---|---|---|
| Administered: | N/A | Breathalyzer Type: | N/A | Serial Number: | N/A |
| Administered by : | | | | | |
| Test 1: 0.000 | Simulated Test 1: 0.000 | Test 2: 0.000 | Simulated Test 2: 0.000 | | |

**CONFIDENTIAL**

**ARA 0294**

# Milton Police Department
### 40 Highland Street
### Milton,Ma 02186
### 617-696-5068
### Custody Report
### MIT

| | |
|---|---|
| **Master Name:** | BEASLEY, ERIC E |
| **Master Card No:** | 2002000001656 |
| **Booking Number:** | 2002000000201 |

**(Continued)**

## Detoxification Information

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Notified by:** | | | **Bed Available:** | | | | |
| **Detox Notified:** | N/A | **Taken to Detox:** | N/A | **Taken Home:** | N/A | **Taken to Hospital:** | N/A |
| **Transported by:** | | **Date/Time:** | | **Name of Hospital:** | | | |
| **Remarks:** | | | | | | | |

## Alias Information

| Alias Name(Last, First, MI) | SSN | Date of Birth | License Number | License State |
|---|---|---|---|---|
| No Aliases for Master Card #: 2002000001656 | | | | |

## Warrant Information (System)

| Warrant ID | Warrant Type | Warrant Description | Date Issued | Charges |
|---|---|---|---|---|
| No Warrants for Master Card #: 2002000001656 | | | | |

## Warrant Information (Manual)

| Warrant / Docket ID | Date Created | Counts | Charges | Notes |
|---|---|---|---|---|
| 9306CR6479 | 05/18/2002 | 1 | SUSPENDED LICENSE | |

## Warrant Related Checks

| BOP Records | BOP Warrants | BOP Court |
|---|---|---|
| No Checks Info for Master Card #: 2002000001656 | | |

## ID Numbers

| State Number | FBI Number | INS Number | Misc. Number | Misc. Number Description |
|---|---|---|---|---|
| | | | | |

## Associated Persons Arrested

| Type | Name(Last, First, MI) | Date of Birth | Sex | Home Phone # | Work Phone # |
|---|---|---|---|---|---|
| No Associated Persons Arrested for Incident #: 2002000004188 | | | | | |

## Vehicle Info

| Vehicle No. | Make | Model | Year | VIN | Primary Color | Secondary Color | Plate | State |
|---|---|---|---|---|---|---|---|---|
| 2002000000610 | Ford | Explorer | 1995 | 1FMDU34X3SUB51856 | Black | Brown | BB1170 | MA |

CONFIDENTIAL

ARA 0295

# Milton Police Department

40 Highland Street
Milton, Ma 02186
617-696-5068
Custody Report
MIT

| Master Name: | BEASLEY, ERIC E |
| Master Card No: | 2002000001656 |
| Booking Number: | 2002000000201 |

(Continued)

Evidence

| Property Number | Property Description | Status | Serial Number | Orig. Est. Value |
|---|---|---|---|---|
| 2002000000254 | 1 GLASINE BAG GREEN LEAFY SUBSTA | Open | N/A | $0.00 |
| Weapon Type | Vehicle Ref. | Drug Type | Container | Loss Desc. | Category Desc. |
| N/A | N/A | Marijuana | N/A | N/A | Evidence |
| Year | Make | Model | Width | Length | Height | Weight | Caliber | Qty | Unit of Measure | Color |
| N/A | N/A | N/A | 0 | 0 | 0 | 0 | 0 | 0.00 | N/A | N/A |

CONFIDENTIAL

ARA 0296

_Signature of Prisoner_                 _Signature of Booking Officer_

# Milton Police Department

**40 Highland Street**
**Milton, Ma 02186**
**617-696-5068**
**Incident Report**
**MIT**

Incident Number: 2002000004188
Alternative Reference Number: N/A
Dispatch Incident Number: 2002000001534

## Incident Information

| Occurred On/From | Day of Week | Date | Time | Occurred To | Day of Week | Date | Time | Reported On | Date | Time |
|---|---|---|---|---|---|---|---|---|---|---|
| | Sat | 05/18/2002 | 1:55:00AM | | Sat | 05/18/2002 | 1:55:00AM | | 5/18/02 | 2:18:37AM |

| Reported As | Incident Type - Primary | Arresting Officer |
|---|---|---|
| Warrant Service [76] | Warrant Service | TIMOTHY BURNS |

| Incident Address | Reporting Officer |
|---|---|
| RANDOLPH/ADAMS, MILTON, MA 02186 | |

| Business Name | Sector |
|---|---|
| N/A | |

## Associated Persons Summary

| Type | Name (Last, First, MI) | Date of Birth | Sex | Home Phone # | Work Phone # |
|---|---|---|---|---|---|
| OWNER | BEASLEY, ERIC E | Redacted | M | Redacted | N/A |
| Address | Redacted | | | | |

## Associated Businesses Summary

| Type | Name | Primary Phone # | Secondary Phone # |
|---|---|---|---|
| VICTIM | MILTON POLICE DEPARTMENT | N/A | N/A |
| Address | 40 HIGHLAND STREET, MILTON, MA 02186 | | |

## IBR/UCR Offenses

| Offense Number | IBR Type | Chapter | Section | IBR Type Description | Counts |
|---|---|---|---|---|---|
| 0 | | N/A | N/A | | |
| No Incident Offenses Recorded for Incident #: 2002000004188 | | | | | |

## Arrest Offenses

| Seq # | Chapter | Section | Name (Last, First, MI) | Description of Offense | Counts |
|---|---|---|---|---|---|
| 1 | 85 | 2 | BEASLEY, ERIC, E | DPW REGULATIONS MOVEMENT ON H | 1 |
| 2 | 94C | 34 | BEASLEY, ERIC, E | Possession Class D Substance | 1 |

## Arrestee Seq. #: 1

| Suspect Type | Suspect Name | Alias/Nickname | Occupation | SSN |
|---|---|---|---|---|
| No Arrest Data Available for Incident #: 2002000004188 | | | | |

## Suspect Seq. #: 1

| Suspect Type | Suspect Name | Alias/Nickname | Occupation | SSN |
|---|---|---|---|---|
| No Suspect Data Available for Incident #: 2002000004188 | | | | |

## Victims

| Victim Name | Victim Type | Sex | Race | Ethnic Origin | Hospital Destination | Transport Description |
|---|---|---|---|---|---|---|

## Vehicle Info

| Vehicle No. | Vehicle Make | Vehicle Model | Vehicle Year | VIN | Primary Color | Secondary Color | Plate No. | State |
|---|---|---|---|---|---|---|---|---|
| 2002000000610 | Ford | Explorer | 1995 | 1FMDU34X3SUB51856 | Black | Brown | BB1170 | MA |

**CONFIDENTIAL**

ARA 0297

**Milton Police Department**
40 Highland Street
Milton,Ma 02186
617-696-5068
**Incident Report**
**MIT**

Incident Number: 2002000004188
Alternative Reference Number: N/A
Dispatch Incident Number: 2002000001534

**Property**

| Property Number | Property Description | | | | Status | | Serial Number | | Orig. Est. Value |
|---|---|---|---|---|---|---|---|---|---|
| 2002000000255 | Marijuana | | | | Open | | N/A | | $0.00 |

| Weapon Type | Vehicle Ref | Drug Type | | Container | | Loss Desc | Category Desc |
|---|---|---|---|---|---|---|---|
| N/A | N/A | Marijuana | | N/A | | N/A | Arrest |

| Year | Make | Model | Width | Length | Height | Weight | Caliber | Qty | Unit of Measure | Color |
|---|---|---|---|---|---|---|---|---|---|---|
| N/A | N/A | N/A | 0 | 0 | 0 | 0 | 0 | 0.00 | N/A | N/A |

**Narratives:**

Narrative by: TIMOTHY BURNS

| Seq No: | Date & Time |
|---|---|
| 1 | 5/18/02   4:13:00AM |

At approximately 0200 hours on 05/18/02, I observed a 1995 Black Ford Explorer, Ma reg BB1170, drive on Adams Street before Eliot Street the wrong way (Note: Due to construction that portion of Adams Street has been closed off to all southbound traffic. The wrong way is clearly blocked off by several barricades as well as several signs indicating that it is a one way.) I pulled the vehicle over on Adams Street by Randolph Avenue.

A registry query of the operator, Eric Beasley [Redacted] revealed that he had a warrant out of West Roxbury Court (#9306-CR-6479). Mr. Beasley was then placed under arrest for the outstanding warrant. As I was conducting an inventory search of the vehicle I located a plastic bag in the center console. This bag was filled with a green leafy substance. Through my training and experience I believed this substance to be marijuana. A subsequent charge of illegal possession narcotics (Class D) was then added.

Mr. Beasley was then transported to the station and charged with the following:
1) WMS # 9306-CR-6479
2) 94C-34  Possession of Class D
3) 85-2a  Violation DPW Signs

Narcotics were placed in evidence locker #1.

Respectfully Submitted,
Ptlm. Timothy P. Burns
M3854

**Incident Notes:**

Create User ID

| Seq No: | Date & Time |
|---|---|
No Incident Notes Listed

**CONFIDENTIAL**

**ARA 0298**

# Milton Police Department

**40 Highland Street**
**Milton,Ma 02186**
**617-696-5068**
**Incident Report**
**MIT**

**Incident Dispatcher Remarks:**

Create User ID: system

| Seq No: | Date & Time |
|---|---|
| | 05/18/2002 02:18:38 |

OFC REPORTS MV STOP MA REG BB1170. LEAPS SHOWS OPERATOR WITH WMS WARRANT. OFC REPORTS OPERATOR ARRESTED FOR WMS WARRANT AND POSSESSION OF CLASS B SUBSTANCE. SEE PERSON SCREEN FOR PARTY.

**CONFIDENTIAL**

**ARA 0299**

# CRIMINAL DOCKET

0256CR003008

| COURT DIVISION | ☐ INTERPRETER REQUIRED | | DATE and JUDGE | DOCKET ENTRY |
|---|---|---|---|---|

Quincy

NAME, ADDRESS AND ZIP CODE OF DEFENDANT

BEASLEY, ERIC E

Redacted

DEFT. DOB AND SEX   Redacted   M

DATE OF OFFENSE(S)
05/18/2002

PLACE OF OFFENSE(S)
MILTON

COMPLAINANT
JUDGE, LEO

POLICE DEPARTMENT (if applicable)
MILTON PD

DATE OF COMPLAINT
05/20/2002

RETURN DATE AND TIME
05/20/2002 00:00:00

DATE and JUDGE: 5-20-02

Docket Entry:
☐ Attorney appointed (SJC R. 3:10)
☐ Atty denied and Deft Advised per 211D §2A
☐ Waiver of counsel found after colloquy

Terms of release as:
☒ PR   ☐ Bail:
☐ Held (276 §58A)
☐ See back for special conditions

Arraigned and advised:
☐ Potential of bail revocation (276 §58)
☐ Right to bail review (276 §58)
☐ Right to drug exam (111E §10)

Advised of right to jury trial:
☐ Does not waive
☐ Waiver of jury trial found after colloquy

Advised of right to trial as pro se (Supp. R. 4)
Advised of right of appeal to Appeals Ct (R. 28)

---

**COUNT/OFFENSE**
**1. 85/23 STATE HWAY--GUBERNATORIAL BY-LAW VIOL * c85**

| FINE 50 | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐ WAIVED |

DISPOSITION DATE and JUDGE: 5/20/02 Buckley

DISPOSITION METHOD
☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☐ None of the Above

FINDING
☐ Not Guilty
☐ Guilty
☐ Not Responsible
☒ Responsible
☐ No Probable Cause
☐ Probable Cause

SENTENCE OR OTHER DISPOSITION
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation    ☐ Pretrial Probation (276 §87) - until:
☐ To be dismissed upon payment of court costs/restitution
☐ Dismissed upon:  ☐ Request of Comm.   ☐ Request of Victim
   ☐ Request of Deft   ☐ Failure to prosecute   ☐ Other:
   ☐ Filed with Deft's consent   ☐ Nolle Prosequi   ☐ Decriminalized (277 §70C)

R - $50 00
4863CD00006/11/02MILTON FINE   50.00

FINAL DISPOSITION
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged

JUDGE: Craven   DATE: 6 3 02

---

**COUNT/OFFENSE**
**2. 94C/34/G DRUG, POSSESS CLASS D c94C §34**

| FINE | SURFINE | COSTS 200 | RESTITUTION | V/W ASSESSMENT ☐ WAIVED |

DISPOSITION DATE and JUDGE: 5/20/02 Buckley

DISPOSITION METHOD
☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☐ None of the Above

FINDING
☐ Not Guilty
☐ Guilty
☐ Not Responsible
☐ Responsible
☐ No Probable Cause
☐ Probable Cause

SENTENCE OR OTHER DISPOSITION
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation    ☐ Pretrial Probation (276 §87) - until:
☐ To be dismissed upon payment of court costs/restitution
☐ Dismissed upon:  ☐ Request of Comm.   ☐ Request of Victim
   ☐ Request of Deft   ☐ Failure to prosecute   ☐ Other:
   ☐ Filed with Deft's consent   ☐ Nolle Prosequi   ☐ Decriminalized (277 §70C)

Dism - $200 cc
4863CD00006/11/02COURT COST   200.00

FINAL DISPOSITION
☒ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged

JUDGE: Craven   DATE: 6 3 02

---

**COUNT/OFFENSE**

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐ WAIVED |

DISPOSITION DATE and JUDGE

DISPOSITION METHOD
☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☐ None of the Above

FINDING
☐ Not Guilty
☐ Guilty
☐ Not Responsible
☐ Responsible
☐ No Probable Cause
☐ Probable Cause

SENTENCE OR OTHER DISPOSITION
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation    ☐ Pretrial Probation (276 §87) - until:
☐ To be dismissed upon payment of court costs/restitution
☐ Dismissed upon:  ☐ Request of Comm.   ☐ Request of Victim
   ☐ Request of Deft   ☐ Failure to prosecute   ☐ Other:
   ☐ Filed with Deft's consent   ☐ Nolle Prosequi   ☐ Decriminalized (277 §70C)

**CONFIDENTIAL**

FINAL DISPOSITION
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged

JUDGE   DATE

---

**COUNT/OFFENSE**

| FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐ WAIVED |

DISPOSITION DATE and JUDGE

DISPOSITION METHOD
☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
☐ Bench Trial
☐ Jury Trial
☐ None of the Above

FINDING
☐ Not Guilty
☐ Guilty
☐ Not Responsible
☐ Responsible
☐ No Probable Cause
☐ Probable Cause

SENTENCE OR OTHER DISPOSITION
☐ Sufficient facts found but continued without guilty finding until:
☐ Probation    ☐ Pretrial Probation (276 §87) - until:
☐ To be dismissed upon payment of court costs/restitution
☐ Dismissed upon:  ☐ Request of Comm.   ☐ Request of Victim
   ☐ Request of Deft   ☐ Failure to prosecute   ☐ Other:
   ☐ Filed with Deft's consent   ☐ Nolle Prosequi   ☐ Decriminalized (277 §70C)

**ARA 0300**

FINAL DISPOSITION
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged

JUDGE   DATE

---

☐ ADDITIONAL COUNTS ATTACHED

COURT ADDRESS
Quincy District Court
1 Dennis Ryan Parkway
Quincy, MA 02169

A TRUE COPY ATTEST:   X

CLERK-MAGISTRATE/ASST. CLERK   ON (DATE)

| COURT DIVISION | NAME, ADDRESS AND ZIP CODE OF DEFENDANT | District Court Department |
|---|---|---|

Am WEST ROXBURY

Eric E Beasley

Redacted

**TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE DISTRICT COURT DEPARTMENT:**

The within named and undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below.

| DEF. DOB AND SEX | OFFENSE CODE(S) |
|---|---|
| Redacted | 116 ,140 |

| DATE OF OFFENSE | PLACE OF OFFENSE |
|---|---|
| 8/25/93 | 95 Cornell St |

| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
|---|---|
| Kilduf/A.Murphy | Area E₆ |

| DATE OF COMPLAINT | RETURN DATE AND TIME   June 22,1994 @9:00 AM AM |
|---|---|
| December 15,1993 December x15x1993x | |

**COUNT-OFFENSE**

A.OP. AFTER LIC. OR RT. TO OP. SUSP. c90 s23

did operate a motor vehicle after his or her license, or right to operate a motor vehicle without a license, had been suspended and after notice of such suspension had been issued by the registrar and received by said person, or by his or her agent or employer, and prior to the restoration of such license or right to operate or to the issuance to him or her of a new license to operate, in violation of G.L. c.90, s.23.

**COUNT-OFFENSE**

B.SPEEDING c90 s17

**NOTE:** THIS IS A CIVIL MV INFRACTION, SET FORTH HERE FOR PROCEDURAL PURPOSES ONLY.
did operate a motor vehicle on a way, as defined in G.L. c.90, s.1, at a rate of speed greater than reasonable and proper, having regard to traffic and the use of the way and safety of the public, in violation of G.L. c.90, s.17.

**COUNT-OFFENSE**

**COUNT-OFFENSE**

CONFIDENTIAL

ARA 0301

| COMPLAINANT | SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK | ON (DATE) | ADDITIONAL COUNTS ATTACHED |
|---|---|---|---|
| X | X | | |
| FIRST JUSTICE | | | |
| PAUL MURPHY | COURT ADDRESS | | |
| A TRUE   CLERK–MAGISTRATE/ASST. CLERK   ON (DATE) | 445 ARBORWAY | | |
| COPY | JAMAICA PLAIN, MA 02130 | | |

| COURT DIVISION | | | | | TERMS OF RELEASE · Assigned *Wm. Kelsay* |
|---|---|---|---|---|---|

**Am WEST ROXBURY**   NAME, ADDRESS AND ZIP CODE OF DEFENDANT

Eric E Beasley

Redacted

**·ROR**

| DATE | PROCEEDING |
|---|---|
| 11-15-94 | ☒ Arraigned before J. *Newman* |
| | ☒ Advised of right to counsel |
| | ☐ Advised of right to drug exam |
| | ☐ Advised of right to bail review |
| | ☐ Advised of right to F.I. Jury Trial |
| | ☐ Waives   ☐ Requests F.I. Jury Trial |
| | ☐ Advised of alien rights |

| DEF. DOB AND SEX | OFFENSE CODE(S) |
|---|---|
| Redacted | 116,140 |
| DATE OF OFFENSE | PLACE OF OFFENSE |
| 8/25/93 | 95 Cornell St |
| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
| Kilduf/A.Murphy | Area Ey |
| DATE OF COMPLAINT | RETURN DATE AND TIME June 22,1994 @9:0 |
| December 15, 1993 Pretrial xxix | |

| | |
|---|---|
| 6-22-94 | ☒ Warrant issued   ☐ Default warrant issued |
| 11-15-94 | ☒ Default removed   ☒ Warrant recalled |
| 6-20-95 | ☒ Warrant issued   ☐ Default warrant issued |
| 5.21.02 | ☒ Default removed   ☐ Warrant recalled |

| COUNT-OFFENSE | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|
| | | 50 w/u | | #150. 00 |

| DATE | 1994 | PLEA | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|---|
| | | ☒ Not Guilty   ☐ Guilty   ☐ Nolo | |
| | | ☐ New Plea:   ☐ Admits suff. facts | |
| 5-21-02 | | FINDING *dism.*   JUDGE | |
| | | ☐ Cont. w/o finding until:   6-20-95 | FINAL DISPOSITION   DATE |
| | | ☐ Appeal of find. & disp.   ☐ Appeal of disp. | ☐ Discharged from probation   6-25-02 ☒ Dismissed at request of probation |

| COUNT-OFFENSE | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|
| B SPEEDING c90 s17 | | | | |

| DATE | 1994 | PLEA | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|---|
| | | ☐ Not Guilty   ☐ Guilty   ☐ Nolo | |
| | | ☐ New Plea:   ☐ Admits suff. facts | 2816E000009/11/02VWAP   50. |
| | | FINDING   JUDGE | 2816E000009/11/02COURT COST   150. |
| | | ☐ Cont. w/o finding until: | FINAL DISPOSITION   DATE |
| | | ☐ Appeal of find. & disp.   ☐ Appeal of disp. | ☐ Discharged from probation   ☐ Dismissed at request of probation |

| COUNT-OFFENSE | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|
| | | | | |

| DATE | PLEA | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|
| | ☐ Not Guilty   ☐ Guilty   ☐ Nolo | |
| | ☐ New Plea:   ☐ Admits suff. facts | **CONFIDENTIAL** |
| | FINDING   JUDGE | |
| | ☐ Cont. w/o finding until: | FINAL DISPOSITION   DATE |
| | ☐ Appeal of find. & disp.   ☐ Appeal of disp. | ☐ Discharged from probation   ☐ Dismissed at request of probation |

| COUNT-OFFENSE | FINE | SURFINE | COSTS | TOTAL DUE |
|---|---|---|---|---|
| | | | | |

| DATE | PLEA | IMPRISONMENT AND OTHER DISPOSITION |
|---|---|---|
| | ☐ Not Guilty   ☐ Guilty   ☐ Nolo | |
| | ☐ New Plea:   ☐ Admits suff. facts | **ARA 0302** |
| | FINDING   JUDGE | |
| | ☐ Cont. w/o finding until: | FINAL DISPOSITION   DATE |
| | ☐ Appeal of find. & disp.   ☐ Appeal of disp. | ☐ Discharged from probation   ☐ Dismissed at request of probation |

| CONT. TO | PURPOSE | CONT. TO | PURPOSE | | DATE | TAPE NO. | START | STOP |
|---|---|---|---|---|---|---|---|---|
| 6-22-94 | | | | | | | | |
| 12-13-94 | Trial | | | | | | | |
| 6-20-95 | disp | | | | | | | |
| 6-21-02 | SRP | | | | | | | |

# EXHIBIT B



# $\mathcal{NSA}$, Inc.

## Needham, Sjoberg & Associates

### INVESTIGATIVE CONSULTANTS

*Corporate Fraud*
*Pre-Employment Profiles*

*Attorney Services*
*Video Surveillance*

November 25, 2003

**PERSONAL AND CONFIDENTIAL**

**WearGuard-CREST**
**An Aramark Company**
141 Longwater Drive
Norwell, MA 02061

**Attention:**   **Mr. John Cummings**
                **Director Of Security**

**Subject:**   **Employee Drug / Theft Investigation**
**RE:**        **Investigative Follow-Up Interviews**

Dear Mr. Cummings,

On Friday, November 7, 2003, you contacted this office to brief the investigator in regard to a recently completed internal investigation initiated through the Aramark Corporate Security Department. This investigation apparently resulted in the arrest of several WearGuard employees for various offenses involving drug possession and theft of company property.

Upon your request, this office initiated employee interviews of those employees arrested, as well as, additional employees placed on suspension as part of the completed investigation. The investigator was provided with details of the on-going investigation, as discussed with Mr. Jay Hess, Aramark Security Director.

The investigator initiated interview attempts to speak with the various employees related to this ongoing investigation. Enclosed are the results of those various interviews. The investigator notes after several attempts to speak with Rick Marsters & Jason Torres - both failed to respond to his best efforts.

**The following information was gathered through a series of interviews, as follows:**

**CONFIDENTIAL**     **ARA 0238**

**WearGuard-CREST**
**Subject: Employee Drug / Theft Investigation**
**RE: Investigative Follow-Up Interviews**
**Page 2**

Upon review of the provided materials, on **Monday, November 10, 2003,** the investigator and Mr. Cummings initiated a series of related employee interviews to corroborate information provided to date. On this date, the investigator spoke with the following supervisory personnel:

> **Barbara Castagrande, Manager, Custom Embroidery Department**
> **Marcia Hogan, Assistant Manager, Art Department**
> **Sharon Phillips, Assistant Manager, Art Department**
> **Brian Caswell, 2ND Shift Custom Embroidery Supervisor**
> **Mike Lowder, 2ND Shift Custom Embroidery Supervisor**

**The investigators spoke with Barbara Castagrande, CE Manager regarding her knowledge of the Custom Embroidery Department Employees and on-going issues:**

- Several months ago, CE Supervisor, Kathy McNeely came to Barbara and stated; "The floor is out of control. Things are getting pretty bad out there. Everyone is bringing in friends of friends. It's not easy to get something on somebody."

- Simultaneously, 2ND Shift CE Supervisor, Brian Caswell also came to Barbara and stated that he felt employees were smoking pot and doing coke while on their breaks. Brian noted employees were going out in groups and would return from break with glassy eyes and the smell of marijuana.

- Barbara Castagrande stated; "Brian Caswell told me he didn't feel comfortable dealing with it and that he felt his hands were tied unless he actually witnessed something."

- Barbara Castagrande stated; after reporting her suspicions to Mr. Cummings; a floor meeting was held in May, 2003. Mr. Cummings announced to the floor that drug use or possession would not be tolerated. And things settled down for a few weeks.

- Barbara Castagrande stated that she and Kathy McNeely came forward with their concerns because they did not want to go into the Fall busy season with Custom Embroidery "out of control."

- Barbara Castagrande stated CE Supervisor Mike Lowder is a problem, because he is young and came up from the floor. Mike still has relationships with a lot of the employees he is now supervising.

**CONFIDENTIAL**        **ARA 0239**

**WearGuard-CREST**
**Subject: Employee Drug / Theft Investigation**
**RE: Investigative Follow-Up Interviews**
**Page 3**

- Barbara Castagrande stated Brian Caswell told me one time he observed a residue in the mens room and thought it was cocaine.

- Barbara Castagrande stated Brian Caswell reported to her that there are "Rampant / Blatant rumors going around using Eric's name like crazy. That Eric is the big ring leader who people bought drugs from."

- Barbara Castagrande stated she told her supervisors to come forward if drug use seemed to continue.

**Barbara Castagrande made the following statements regarding Eric Beasley:**

- Eric Beasley began employment at WearGuard approximately 5 years ago as a 2nd shift Custom Embroidery Machine Operator, then was promoted / transferred to the Art Department as a Digitizer on October 21, 2002.

- Upon starting - Eric Beasley was not a great employee, but not the worst.

- There were performance issues with product quality, attendance, etc.

- Whenever Eric is approached regarding an issue - he always has an answer - the problem is never his fault - always forwards blame to team.

- A Digitizer position opened in the Art Department - and he got it.

- Eric Beasley's direct co-workers are Jeff Laubach & Paul Keating.

- The 2nd Shift Art Department has no direct management - are lightly supervised by CE to make sure they are working & present at their desks - but no responsibility for their numbers, etc.

**CONFIDENTIAL**

ARA 0240

**WearGuard-CREST**
**Subject:  Employee Drug / Theft Investigation**
**RE:  Investigative Follow-Up Interviews**
**Page 4**

- Art Department was recently warned about horseplay for throwing around a paper football.

- While in Customer Embroidery, Eric Beasley was observed at Marcia Hogan's desk going through draws and file cabinet.  Barbara Castagrande approached Eric about it. Eric stated he was only using the phone to order dinner for the team.

- Barbara Castagrande stated Eric Beasley is the type of person who doesn't flinch when confronted.  Eric just immediately comes out with an answer to pass off the issue.

**The investigators spoke with Marcia Hogan, Assistant Manager, Art Department regarding her knowledge of employee and on-going issues:**

- Marcia Hogan stated that a Jeff Laubach, Paul Keating & Eric Beasley work the unsupervised second shift in the Art Department.

- Marcia Hogan stated that Eric Beasley was involved in a harassment with a person in CE last Spring.

- Marcia Hogan stated she has observed various unknown employees stopping by Eric's desk.

- Management is aware of possible issues with how he uses the time clock.  It has been reported by his co-workers that he disappears for periods of time only to return after midnight and punch out around 12:45AM.

**CONFIDENTIAL**

ARA 0241

**WearGuard-CREST**
**Subject:  Employee Drug / Theft Investigation**
**RE:  Investigative Follow-Up Interviews**
**Page 5**


**The investigators spoke with Sharon Phillips, Assistant Manager, Art Department regarding her knowledge of employee and on-going issues:**

- In May, 2003 - Art Department employee, Jeff Laubach complained to me that Eric was not working and getting paid.  That he would leave the building and come back hours later.

- Jeff complained again stating, "You guys don't know what goes on here at night." Sharon Phillips stated he was reluctant to elaborate to say who or what things were happening.

- Sharon Phillips stated she has spoken to Eric about having people at his desk - "He's been told to break it up."

- Sharon Phillips stated she has seen a black male, with short hair, a round face, about 5'10", with a normal build - at Eric's desk a lot.

- Sharon Phillips stated she has heard from employees that Eric spends too much time hanging out in Custom Embroidery.

- Sharon Phillips stated that she thought Brian Caswell (CE Supervisor) and Eric Beasley were friendly and thought he may let Eric get away with things.


**CONFIDENTIAL**

ARA 0242

**WearGuard-CREST**
**Subject:  Employee Drug / Theft Investigation**
**RE:  Investigative Follow-Up Interviews**
**Page 6**

**The investigators spoke with Brian Caswell, Custom Embroidery Supervisor regarding his knowledge of employee and on-going issues:**

- Brian Caswell stated that he has had suspicions for a long time of drug use among employees in Custom Embroidery.  Mike Lowder hears a lot from the floor.

- Brian Caswell stated Mike Lowder (CE Supervisor) is friendly with a lot of the employees. "The night of the arrests, Mike told me he knew of at least three people with dope in their cars.  The were:  John Conant - Trainer; John Qualtor - sells drugs; Rick Marsters - sells drugs and Joe Lee - a drug user."

- Brian Caswell stated; "Mike Lowder said that Rick Marsters had either 200 tabs or $1200 dollars worth of ecstasy in his car.  It was at least over $1000.00. And Rick carpools with Matt LeBrun from CE."

- Brian Caswell stated; "Mike Lowder told me that on Thursday night - after the arrests - when Rick Marsters was suspended - Matt LeBrun came to me to report he hurt his knee and wanted to go home.  Matt seemed like he had cold feet to me.  I told him he had to fill out an accident report - he refused and said he would be back in on Friday.  On Friday - Matt called in sick - and was told to see the nurse before he returned."

- Brian Caswell stated; "I have heard that a lot of people come to work at WearGuard for the atmosphere - that it's an easy place to sell and get drugs at."

**Brian Caswell made the following statements regarding Eric Beasley:**

- Brian Caswell stated that he and Eric Beasley started at WearGuard at the same time about 5 years ago.  We went through training and on teams together.

- Brain Caswell stated he knows for sure that Eric sold drugs at WearGuard at that time.

**CONFIDENTIAL**        ARA 0243

**WearGuard-CREST**
**Subject:  Employee Drug / Theft Investigation**
**RE:  Investigative Follow-Up Interviews**
**Page 7**

- Eric Beasley kept asking Brian Caswell if he was a "plant" (undercover)

- Brian Caswell stated, "Eric told me not to worry about the supervisor's - they're in my pocket - I supply them with pot."

- Brian Caswell was also aware that Eric Beasley drank on the job.

- Brian Caswell, upon promotion to supervisor, stated he warned those he worked with that he was aware of their "issues" and to keep their illegal activity outside of work.

- About 21/2 years ago, Mike Lowder (CE Supervisor) told me that our Lead - Jay Hughes just bought weed from Beasley.  Brian Caswell told Mike Lowder that he was going to have to address it - and "Mike shit."

- Brian Caswell stated he brought Jay Hughes in - who denied it - and was warned if it happened again in the future he would report it to HR.

- Brian Caswell then brought Eric Beasley in - he denied it and said it was heresay. I told him that Jay Hughes admitted it - He (Eric Beasley) shit.  Eric then said, "I promise it won't happen again.  Brian warned him there is a "Zero Tolerance" policy with him when it comes to drugs at work.

**CONFIDENTIAL**

ARA 0244

WearGuard-CREST
Subject:  Employee Drug / Theft Investigation
RE:  Investigative Follow-Up Interviews
Page 8

**The investigators spoke with Mike Lowder, Custom Embroidery Supervisor regarding his knowledge of employee and on-going issues:**

- Mike Lowder stated; "Employees come to me with a lot of "word of mouth" discussions going on because I was a CE Operator for a long time.  I brought these concerns to Barbara Castagrande & Kathy McNeely."

- Mike Lowder stated; "I had suspicions.  How do I deal with it.?"

- Mike Lowder stated; "A couple of years ago when I was a Lead (CE) I heard Eric Beasley sold drugs here."

- Mike Lowder stated; "Rick Marsters looks like junk after break.  He goes out in groups with Joe Lee, John Qualtor & Brice - a tech., Matt LeBrun & Bill Beasley.  I know Matt, Rick & Bill used to live together."

- Mike Lowder stated; "I would ask employees when I thought they used drugs - they would deny it.  Then what - I got nothing.  And is HR going to save me when my throat gets sliced for pressing these people."

- Mike Lowder stated; "None of the people using drugs surprised me.  After eight years here, nothing surprises me."

- Mike Lowder stated; "Paul George did surprise me.  I didn't pick up on the theft thing."

- Mike Lowder stated; "Jon Schemp is a dumb redneck who don't know what the hell he is doing.  We have on-going attendance and performance issues with him."

- Mike Lowder stated; "The night of the arrests, Jon Schemp was nervous because he was driving to work in and unregistered / uninsured car and has a suspended driver's license.  Jon told me he put the plate from his old pick up truck on his car now."

CONFIDENTIAL

ARA 0245

**WearGuard-CREST**
**Subject:  Employee Drug / Theft Investigation**
**RE:  Investigative Follow-Up Interviews**
**Page 9**

- Mike Lowder stated; "Jon Schemp was mad Carlos Ortiz accused him.  He was begging for a second chance."

- Mike Lowder stated; "Morale is down in CE."

- Mike Lowder stated; "The night of the arrests Rick Marsters & Joe Lee had some drugs on them.  The got real nervous when they heard there was a drug dog around."

- Mike Lowder stated; "John Qualtor literally ran outside when he heard.  I said to him you look a little nervous - he just ran past me."

- Mike Lowder stated; "I think employees knew I knew about drug use - but didn't care."

- Mike Lowder stated; "I've gone to parties outside of work and seen employees using marijuana.  At a house party I saw Rick Marsters, Joe Lee & Jen Martin smoking.  At another party - a bonfire - I saw John Conant, Pat Conant (previous employee) and John Qualtor using drugs."

CONFIDENTIAL

ARA 0246

WearGuard-CREST
Subject:  Employee Drug / Theft Investigation
RE:  Investigative Follow-Up Interviews
Page 10

On Monday, November 10, 2003, the investigator and Mr. Cummings spoke with the
remaining Art Department personnel:

> Jeff Laubach, 2ND Shift Art Department Digitizer
> Paul Keating, 2ND Shift Art Department Digitizer
> Scott Kearns, 2ND Shift Art Department Systems Administrator

Jeff Laubach, 12 Year Art Department Employee relayed the following information regarding
issues within his department:

- Jeff Laubach stated;"I have worked beside Eric Beasley since he started in the Art
  Department about 1 year ago (Beasley Art Dept. start date 10/21/02)."

- Jeff Laubach stated;"Eric Beasley does all of the above - drugs and steal."

- Jeff Laubach stated; "When Eric first started in the Art Department I saw him bring
  in a big bag of pot in a plastic bag.  He wasn't trying to hide it and was showing it to me.
  I asked him either; 'How much he had' or 'How much was it worth' and I don't remember
  his answer.  Eric then put the pot into his desk."

- Jeff Laubach stated;"I have seen many people come and go from his desk area at night.
  There is usually a short woman in her 40's with black hair at his desk a lot."

- Jeff Laubach stated;"I know Eric Beasley sells used cars on the side at a dealership."

- Jeff Laubach stated; "Eric told me about this vacation he went on with Carlos Ortiz and
  a guy named Trey (former CE Employee) together last May (2003) to Virginia."

- Jeff Laubach stated; "Eric Beasley leaves work to watch Patriots games at the Ground
  Round.  Then he comes back around midnight.  It's not right."

ARA 0247

CONFIDENTIAL

**WearGuard-CREST**
**Subject: Employee Drug / Theft Investigation**
**RE: Investigative Follow-Up Interviews**
**Page 11**

- Jeff Laubach stated; "I have observed Eric Beasley with a daily look of glassy, red eyes."

- Jeff Laubach stated; "I'm not an inside person with him, I just see all the comings and goings."

- Jeff Laubach stated; "I was shocked when he got promoted into the Art Department because I knew of his reputation. Then he comes in and goofs off - why is no one surprised."

**Paul Keating, Digitizer, Art Department relayed the following information regarding issues within his department:**

- Paul Keating stated; "I'm not surprised by all the arrests - there's been a lot of shadiness going on."

- Paul Keating stated; "The Art Department used to be a quiet place to work until Eric Beasley started."

- Paul Keating stated; "There is now a stream of different people coming into the department. Eric gets up and whispers with people - it's obviously shady. This is constant with mostly CE people."

- Paul Keating stated; "People will come over to him, then Eric jumps up and goes away with them for a minute while whispering. It's both men and women."

- Paul Keating stated; "I trained Eric Beasley. During training his eyes would be glowing red. His eyes would be - so red - after breaks - I'm not stupid - you know - and he's now got on heavy cologne."

- Paul Keating stated; "During training when his eyes were red, he had to ask me over & over again questions about what we were covering. He would even ask the same questions over & over."

CONFIDENTIAL          ARA 0248

**WearGuard-CREST**
**Subject: Employee Drug / Theft Investigation**
**RE: Investigative Follow-Up Interviews**
**Page 12**

- Paul Keating stated; "I usually observe Eric Beasley with red eyes and appearing on drugs 2 to 3 times a week - he's definitely involved in suspicious activity."

- Paul Keating stated; "I like him as a Trainer, he's funny; but there's definitely something there with him."

- Paul Keating stated; "Eric told me about a vacation he went on over the Summer with a guy named Trey and others from CE. He said they drove down and rented a house in Virginia or South Carolina. Eric told me the lady they rented the house from was pissed because they trashed the house. Eric said he was mad because the lady charged them extra."

- Paul Keating stated; "The Art Department went from a quiet place to work to a lot of traffic when Eric Beasley came in."

- Paul Keating stated; "Jeff and I work until about 11:30, but Eric Beasley will be gone for hours during the night and show back up and stay until 1AM."

- Paul Keating stated; "The night of the arrests; someone said there were detectives in the building. Eric was definitely / immediately spooked and upset. Eric kept saying, 'I just want to go home' over & over."

- Paul Keating stated; "After Eric was questioned; he said to me, 'Why are they doing this to me - I don't know any of these people."

CONFIDENTIAL

ARA 0249

**WearGuard-CREST**
**Subject: Employee Drug / Theft Investigation**
**RE: Investigative Follow-Up Interviews**
**Page 13**

**Scot Kearns, Systems Administrator, Art Department Employee relayed the following information regarding issues within his department:**

- Scott Kearns stated; "I have seen people come up to Eric Beasley and walk off for a minute."

- Scott Kearns stated; "About a year ago I witnessed, a heavy set black male, 6" tall, come up to Eric Beasley - they walked off - a minute later they came back and this guy said 'Thanks' to Eric.

- Scott Kearns stated; "Some nights Eric Beasley is soaked with cologne after break. I assumed he's masking something because he has blood-shot eyes."

**CONFIDENTIAL**

**ARA 0250**

**WearGuard-CREST**
**Subject: Employee Drug / Theft Investigation**
**RE: Investigative Follow-Up Interviews**
**Page 14**

On **Monday, November 10, 2003,** the investigator and Mr. Cummings also spoke with the following employees noted within the scope of the on-going investigation:

> **Carlos Ortiz, 2ND Shift Custom Embroidery Operator**
> **Jon Schemp, 2ND Shift Custom Embroidery Operator**
> **Joe Lee, , 2ND Shift Custom Embroidery Operator**
> **John Qualtor, 2ND Shift Custom Embroidery Operator**
> **John Gomes, 2ND Shift Custom Embroidery Operator**
> **Anthony "Sketchy" Sousa, 2ND Shift Custom Embroidery Operator**

*Interview With Carlos Ortiz*
**The investigators met with Carlos Ortiz, who also brought his five year old son, on Monday, November 10, 2003 at 11:45AM; at a park along Route 37 in Holbrook, MA. Carlos Ortiz made the following statements:**

- Carlos Ortiz stated; "I smoke weed everyday before and during work. I have too."

- Carlos Ortiz stated; "I can't go a day without smoking weed."

- Carlos Ortiz stated; "I have one son - 5, two girls - 5 and a seven month pregnant girlfriend."

- Carlos Ortiz stated; "I look rough now cause I was up all night arguing my girl. She won't give up sex to me. That's what we are fighting about. A mans got his needs."

- Carlos Ortiz stated; "I told that fat black girl (UC) I wanted some black leather jackets. I told her what sizes and style."

- Carlos Ortiz stated; "She gave them to the drug dealer I brought her to in Brockton."

- Carlos Ortiz stated; "I don't even have the jackets. The drug dealer then gave one of the jackets to my mother and the other to my sister."

- Carlos Ortiz stated; "I only wrote down at the police station about Eric (Beasley) so I could get bailed. It's not true."

CONFIDENTIAL

ARA 0251

**WearGuard-CREST**
**Subject: Employee Drug / Theft Investigation**
**RE:  Investigative Follow-Up Interviews**
**Page 15**

- Carlos Ortiz stated; "I don't even know Eric (Beasley) except to say Hi.  I didn't even know he (Eric Beasley) sold or smoked weed."

- Carlos Ortiz stated; "I've only sold a few blunts (marijuana) to people while at work."

- Carlos Ortiz stated; "There about 40 other people how smoke weed at WearGuard."

- Carlos Ortiz stated; "I've smoked weed with John Trainer - he smokes every day."

- Carlos Ortiz stated; "I've smoked weed with the Cape Verdean (John Gomes).  He's in the area next to mine."

- Carlos Ortiz stated; "Jon Schemp buys a 50 bag and sells dimes.  When I bought a dime from him one hour before I got arrested - he had 3 or 4 more dimes on him."

- Carlos Ortiz stated; "I can't believe I didn't wait until the end of the night to buy off him (Jon Schemp).  That was stupid.  I didn't even need it until after work."

- Carlos Ortiz stated; "There's a guy in the 1st unit (Rich Marsters) with a goatee, earrings and a backpack who sells a lot of weed.  He's got the good stuff - Hydro.  3.5 is $50 - that's expensive shit."

- **Carlos Ortiz subsequently contacted the investigator via telephone and asked if he could meet with WearGuard and his attorney to talk about him getting his job back.  His contact telephone number is (781) 986-8033 - listed to a Robert Sullivan, 135 Chestnut Street, Randolph, MA 02368.**

- **The investigator asked Carlos about the reported vacation he took with Eric Beasley to Virginia.  Carlos stated,"You just looking for information.  You crazy. Man I never left Massachusetts in my life.  I must have been so high that I slept walked through it."  Carlos then abruptly hung up on the investigator.**

**CONFIDENTIAL**

ARA 0252

WearGuard-CREST
Subject: Employee Drug / Theft Investigation
RE: Investigative Follow-Up Interviews
Page 16

*Interview With Jon Schemp*

The investigator noted Jon Schemp had not reported to work since the night of the CE Employee arrests. Therefore, on Monday, November 10, 2003, as Jon Schemp arrived for his 2nd Shift in Custom Embroidery, he was asked to speak with the investigator.

- Jon Schempp stated; "I feel I was illegally search be the police. I deny any involvement with drugs."

- Jon Schempp stated; "I was arrested for DUI (drunk driving) in July in Middleboro or Rochester, MA. I lost my license, but I'm getting around that with my South Dakota license."

- Jon Schempp stated; "I used to have a drinking problem, but I've stopped drinking since my DUI arrest."

- Jon Schempp stated; "I used to have a business on a farm in South Dakota with my grandfather. We had a wall that was lined - double thick - with empty liquor bottles - Yeah, I had a problem. I came here to get a new start."

- Jon Schempp stated; "I have a side business here at the Mall - but just got let go from Clear Channel Communications. We sell ATT phones at the Mall through a sub-contract business. There are 3 of us - we get the $250 activation fee for each phone we sell; pay the $4000.00 Mall rent and split the rest between the 3 of us."

- Jon Schempp stated; "We just lost our spot in the Mall, but I'm first in line for the new Boston location."

- Jon Schempp stated; "I was nervous the night of the arrests, first cause I got dragged in and patted own; but also because I was driving my new car with the South Dakota plates on it from my old pick up truck."

CONFIDENTIAL

- Jon Schempp stated; "I think Carlos (Ortiz) fingered me to help himself."

ARA 0253

**WearGuard-CREST**
**Subject:  Employee Drug / Theft Investigation**
**RE:  Investigative Follow-Up Interviews**
**Page 17**

- Jon Schempp stated; "I do not socialize with others at work.  I go to Burger King."

- Upon questioning, Jon Schempp was not responsive to answering any questions regarding any other employees he was aware may be involved in drug activity.

- **Jon Schemp was placed on suspension pending the out come of this on-going investigation.**

**CONFIDENTIAL**

ARA 0254

**WearGuard-CREST**
**Subject: Employee Drug / Theft Investigation**
**RE: Investigative Follow-Up Interviews**
**Page 18**

*Interview With Joe Lee*

On Monday, November 10, 2003, the investigators spoke with a 3 year, 2nd Shift Custom Embroidery Operator Joe Lee, noting his repeated drug activity mentioned throughout the initial investigation, he was questioned regarding his drug involvement while at work:

- Joe Lee stated; "I want to start off just by letting you guys know I'm a racist."

- Joe Lee stated; "The last time I smoked on break was last Monday. I drove off the property with Rich Marsters."

- Joe Lee stated; "I've known Rich Marsters for 5 or 6 years."

- Joe Lee stated; "I smoke weed at work about once a week."

- Joe Lee stated; "I've smoked weed with Carlos (Ortiz), Sketchy (Anthony Sousa) and Jon Schemp."

- Joe Lee stated; "Sometimes it's my stuff, sometimes it's there stuff."

- Joe Lee stated; "I've heard rumors about Carlos (Ortiz) selling weed - but he has a bit of an attitude."

- Joe Lee stated; "I know Jon (Schemp) smokes weed - but don't know about selling."

- Joe Lee stated; "I heard rumors Eric Beasley is dealing drugs out of his desk. He's shady - I don't deal with him."

- Joe Lee stated; "Eric (Beasley) is a stereotypical black person. He's lazy and tries to get other people to do his work."

- Joe Lee stated; "I have seen Carlos (Ortiz) and Jon (Schemp) talking at work a lot."

- Joe Lee stated; "I know they smoke (Carlos & Eric) and I have smoked with them often."

- **At the request of the investigator, Joe Lee was willing to provide a written statement regarding his drug use during work hours at WearGuard. A copy of Joe Lee's written statement is attached for your review.**

CONFIDENTIAL                    ARA 0255

WearGuard-CREST
Subject:  Employee Drug / Theft Investigation
RE:  Investigative Follow-Up Interviews
Page 19


*Interview With John Qualtor*

On Monday, November 10, 2003, the investigators spoke with a 2 year, 2nd Shift Custom Embroidery Operator Joe Lee, noting his repeated drug activity mentioned throughout the initial investigation, he was questioned regarding his drug involvement while at work:

- John Qualtor stated; "I smoke pot one or two times a week at work."

- John Qualtor stated; "I usually go to break by myself and smoke pot by myself."

- John Qualtor stated; "No one ever asked me to buy drugs from them at work."

- John Qualtor stated; "I don't sell drugs.  I get my pot outside of work."

- John Qualtor stated; "If I have pot with me while I'm working - I leave it in the car."

- John Qualtor stated; "I talk a lot with a Tech. - Brice.  I think he smokes pot outside of work.  I haven't seen him smoke pot at work."

- John Qualtor stated; "It's been about two weeks - on a Friday night - since I smoked pot at work."

- John Qualtor stated; "Is this gonna get me in trouble.  I'm on probation through the end of the month on a possession charge out of Brockton Court."

- **At the request of the investigator, John Qualtor was willing to provide a written statement regarding his drug use during work hours at WearGuard.  A copy of John Qualtor's written statement is attached for your review.**

CONFIDENTIAL


ARA 0256

**WearGuard-CREST**
**Subject:  Employee Drug / Theft Investigation**
**RE:  Investigative Follow-Up Interviews**
**Page 20**

*Interview With John Gomes*

On Monday, November 10, 2003, the investigators spoke with a 6 month, 2nd Shift Custom Embroidery
Operator John Gomes, noting his repeated drug activity mentioned throughout the initial investigation
(as the Cape Verdean male), he was questioned regarding his drug involvement while at work:

- John Gomes stated; "I smoke pot twice a week at work and leave the property."

- John Gomes stated; "I won't mention anyone's name I know smokes pot at work."

- John Gomes stated; "The last time I smoked pot was last Tuesday night - the night
  before all the arrests.  I smoked pot on my lunch breaks."

- John Gomes stated; "I know Carlos (Ortiz).  I've known him since working here."

- John Gomes stated; "I've smoked pot with Carlos (Ortiz) and Jon Schemp."

- John Gomes stated; "I give Carlos (Ortiz) a ride home sometimes."

- John Gomes stated; "No one asked me to buy drugs at work."

- John Gomes stated; "I would get some pot from Carlos (Ortiz) out of work and off
  property,"

- **At the request of the investigator, John Gomes was willing to provide a written**
  **statement regarding his drug use during work hours at WearGuard.  A copy**
  **of John Gomes's written statement is attached for your review.**

CONFIDENTIAL

ARA 0257

**WearGuard-CREST**
**Subject:  Employee Drug / Theft Investigation**
**RE:  Investigative Follow-Up Interviews**
**Page 21**

*Interview With Anthony "Sketchy" Sousa*

On Monday, November 10, 2003, the investigators spoke with 2nd Shift Custom Embroidery Operator Anthony Sousa, noting his repeated drug activity mentioned throughout the initial investigation, he was questioned regarding his drug involvement while at work:

- Anthony Sousa stated; "I smoke pot three times a week at work on rough days."

- Anthony Sousa stated; "I smoke when everything goes wrong. When the machine eats orders - that's a bad day."

- Anthony Sousa stated; "I would smoke pot with Carlos, but I stopped because he was too stupid - by selling pot on the property."

- Anthony Sousa stated; "I've bought 'BLUNTS' from Carlos."

- Anthony Sousa stated; "I've smoked pot with Jon Schemp."

- Anthony Sousa stated; "Carlos's brother - Jesus - is usually there - he don't smoke pot."

**CONFIDENTIAL**

**WearGuard-CREST**
**Subject:  Employee Drug / Theft Investigation**
**RE:  Investigative Follow-Up Interviews**
**Page 22**


*Interview With Paul George*

On Wednesday, November 12, 2003, the investigator spoke with a 5 month, 2nd Shift Custom Embroidery
Operator Paul George at his new residence of ⌐    REDACTED    ⌐ Hull, MA.  Noting his
repeated drug activity mentioned throughout the initial investigation. as well as, theft of company product,
Paul George was questioned regarding his theft & drug involvement while at work:

- Paul George stated; "The night I got arrested I was sitting in my car on lunch break just eating and relaxing.  Then the black girl (UC) comes up to me while I'm on the phone."

- Paul George stated; "She's (UC) like - Do you need a jacket?  I only had a T-shirt on. I thought she was going to lend me or let me borrow a personal jacket of hers."

- Paul George stated; "I followed her in her van - in my car - to the rear parking lot and she parked next to a Ryder van."

- Paul George stated; "She (UC) told me they were throw aways - grab a jacket. It's cool."

- Paul George stated; "She (UC) opened the door to the van - the back door.  I saw boxes - WearGuard boxes - full of sweatshirts and jackets.  That's all I saw."

- Paul George stated; "She (UC) said grab what ever you want.  I grab one jacket - a Carhart hooded jacket - that was lying on the floor of the van."

- Paul George stated; "There were two boxes with 3 or 4 pieces in each box."

- Paul George stated; "I was being an idiot - not thinking - I have no criminal record."

- Paul George stated; "I was sitting in my car minding my own business."

- Paul George stated; "I don't smoke weed what so ever.  I'll take a drug test.  I don't drink on break."

**CONFIDENTIAL**

ARA 0259

**WearGuard-CREST**
**Subject: Employee Drug / Theft Investigation**
**RE: Investigative Follow-Up Interviews**
**Page 23**

- Paul George stated; "I don't know about Eric Beasley selling drugs - he only comes around to check orders. I don't know if he smokes pot and don't see him with Carlos."

- Paul George stated; "The she (UC) says, I got a pair of boots if you need them. I said Nay - I'm all set."

- Paul George stated; "She (UC) says they're a size 11 - give them to your father. I told her I don't need them. Again, I think they are hers - because the boots were in her van."

- Paul George stated; "So I ended up taking them - being an idiot. She (UC) took them out of her car - showed them to me - So I took them. I put them in my car and drove back to where I was originally sitting, shut off my car and went inside."

- Paul George stated; "Went she (UC) first started at WearGuard - a Friday night about 9:30PM - an early night - I went to TKO Shea's bar and she was there. We started talking. She starts bringing up shit about Carlos (Ortiz) - that she knows him and other people - small talk over a couple of drinks while I was waiting for my cousin. After that she kept saying Hi to me at work."

**CONFIDENTIAL**

**ARA 0260**

**WearGuard-CREST**
**Subject: Employee Drug / Theft Investigation**
**RE: Investigative Follow-Up Interviews**
**Page 24**

*Interview With Eric Beasley & Attorney Tom Brenner*

Subsequently, the investigator set a meeting on **Monday, November 17, 2003,** with 2ND Shift Art Department Digitizer, Eric Beasley. At Mr. Beasley's request, this interview was only to take place in the presence of his attorney. Therefore, the investigator proceeded to the Law Office of Attorney Tom Brenner at Two Battery March Park, Building #2, Quincy, MA at 3:00PM.

During this meeting, the investigator asked Eric Beasley three questions:

1.    **Eric, have you ever possessed drugs of any kind while at work at WearGuard?**
      Response Of Eric Beasley: "No"

2.    **Eric, have you ever used drugs of any kind while at work?**
      Response Of Eric Beasley: "No"

3.    **Eric, are you aware of any other co-worker or employee - during your 6 or 7 year period of employment in possession of or using drugs of any kind while at work.**
      Response Of Eric Beasley: "No, I'm a family man. I keep to myself."

*Investigative Conclusion*

As requested, the investigator's collected each individual piece of information gathered throughout this extensive investigation. The investigators updated and provided vivid details of each interview with WearGuard Human Resource Department Vice President, Sue Magrini & Director, Kathy Gillis; as well as, Aramark Corporate Security Department and Aramark Attorney Steve Freidman.

The investigator provides this investigative report for your review and determination for employment proceedings for each subject engrossed in this investigation. Should you have any questions, please feel free to call our office at any time.

Respectfully Submitted,

Richard A. Sjoberg
President

**CONFIDENTIAL**

ARA 0261

11/18/2003  16:46    6177251929    RS:NSAINC    PAGE 01

NSA, Inc.

I Joseph Lee have Smoked pot with
John Shealy Sketchy kick nossissno a few occasions.
I have never tone it on the property & have never
purchased from anyone working here. I am sorry for doing
such things while working & wont let it happen again.

I smoked w the people around Once a week.

Regards given to Jayaful
the - for-
tyles.

CONFIDENTIAL

ARA 0262



11/18/2003 16:46 6177251929 RS:NSAINC PAGE 02

I Anthony Souza Please Smoke weed but stopped. I weed aged had Dismissed to stop. I have done it in my car off the property with John Sharp & Carlos, & it wont happen any more

Witness.

Anthony Souza

11/10/03.

11/10/03

Richard Sylva
Newhauc (USA), INC
11-10-03
7:35 pm

CONFIDENTIAL

ARA 0263

11/18/2003  16:46    6177251929    RSiNAINC    PAGE  03

My name is John Gunther. I've been employed in CE for 2yrs. I have smoked pot in my breaks 1 or 2 times a week on occasion. I haven't for 2week I'm sorry and it will never happen again

John Gunther

John Gunther

Witness

11/20/23

Robert G. Kelley
President/NS&FInc
11-20-03

CONFIDENTIAL

ARA 0264

11/18/2003  16:46  6177251929    RS:NSAINC    PAGE  04

My name is John Combs. I've been involved ad WEARGUARD for about 6 or 7 month. I go on a smoke breake about 1 or 2 times A week. I want to say that I am sorry for what I've been doing & promise right now that it would happen again.

John Combs  11/18/03

witness:

11/18/03.

Richard B. Foley
President, NSA Inc.
11-18-03  7:30 pm

**CONFIDENTIAL**

ARA 0265

# EXHIBIT C



# Needham, Sjoberg & Associates

### INVESTIGATIVE CONSULTANTS

*Corporate Fraud*                                                                                   *Attorney Services*
*Pre-Employment Profiles*                                                                      *Video Surveillance*

November 25, 2003

**PERSONAL AND CONFIDENTIAL**

**WearGuard-CREST**
**An Aramark Company**
141 Longwater Drive
Norwell, MA 02061

**Attention:**     **Mr. John Cummings**
                         **Director Of Security**

**Subject:**        **Employee Drug / Theft Investigation**
**RE:**               **Investigative Follow-Up Interviews**

### Itemized Service Invoice

| | | | | |
|---|---|---|---|---|
| 11/07/03 To 11/08/03 | Initial Investigation Meeting - Conference Call & Field Report Review | One Consultant | 9.25 Hours | $786.25 |
| 11/10/03 | Continued Investigation - Employee Interviews On & Off Site Locations | One Consultant | 17.50 Hours | $1487.50 |
| 11/11/03 To 11/12/03 | Continued Investigation - Locate Employees For Interview - Marshfield, Hull, Quincy, Brockton & On-Site Return To Hull & Brockton For Interviews, Security Conference Call Review | One Consultant | 19.75 Hours | $1678.75 |
| 11/13/03 To 11/14/03 | Continued Investigation - Client Meeting, Review & HR Update, Continued Attempt Employee Interviews | One Consultant | 15.25 Hours | $1296.25 |
| 11/15/03 To 11/17/03 | Continued Investigation - Continued Attempts To Locate Employees & Attorney/Employee Interview | One Consultant | 12.50 Hours | $1062.50 |
| 11/18/03 | Continued Investigation - Security Officer Involvement Report Preparation | One Consultant | 4.25 Hours | $361.25 |
| 11/25/03 | Final Report Prep. & Delivery | One Consultant | 5.75 Hours | $488.75 |

Total Hours    84.25 @ $85    $7161.25

**Total Amount Due:**          **$7,161.25**

- All Invoices Due Upon Receipt.          Thank You.
- Please Make All Checks Payable To:   Needham, Sjoberg & Associates, Inc.
- Federal Tax Identification Number:      04-328-8344

**CONFIDENTIAL**          **ARA 0237**

*101 Federal Street • Suite 1900 • Boston, Massachusetts 02110 • Telephone (617) 342-3616 • Facsimile (781) 337-3935*