UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>   Eric Beasley,         </u>
    **Plaintiff**

  V.

<u>  Aramark Uniform & Career Apparel,  </u>
    **Defendant**

CIVIL ACTION

NO. <u>  05-10496  </u>

## JUDGMENT

<u>   Gorton,   D. J.  </u>

In accordance with the Court's Memorandum and Order dated <u>  4/26/06  </u> <u>          </u> granting <u>  Defendant's  </u> motion for summary judgment in the above-entitled action, it is hereby ORDERED:

Judgment for the <u>  Defendant.  </u>

By the Court,

<u>  5/18/06  </u>
Date

/s/ Craig J. Nicewicz
Deputy Clerk

(Judgment for SJ.wpd - 12/98)